1
2
3
4
5
6
7

8

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

9

## AT TACOMA

10  JUDITH COX and CHARLES COX                     NO.
    individually and as Personal
11  Representatives of the Estates of C.J.P.       NOTICE OF REMOVAL TO
    and B.T.P.,                                    FEDERAL COURT

12

13                          Plaintiffs,

14                          v.

15  STATE OF WASHINGTON,
    DEPARTMENT OF SOCIAL AND
16  HEALTH SERVICES, FOREST
    JACOBSON, ROCKY STEPHENSON,
17  JANE WILSON, and BILLIE REED-
    LYYSKI,

18

19                          Defendants.

20  TO:    THE CLERK OF THE ABOVE-ENTITLED COURT:

21          PLEASE TAKE NOTICE that defendants hereby remove to this court the state court

22  action described below.

23          1.      Plaintiffs aver that all allegations as contained in their Amended Complaint for

24  Damages arose and occurred in Pierce County, Washington.  This lawsuit alleges causes of

25  action under 42 U.S.C. §1983 for violation of civil rights, as well as pendent state law claims.

26

OFFICE OF THE ATTORNEY GENERAL
1250 Pacific Avenue, Suite 105
P.O. Box 2317
Tacoma, WA  98401
(253) 593-5243

In the Amended Complaint, plaintiffs name defendants Rocky Stephenson, Forest Jacobson, Billie Reed-Lyyski and Jane Wilson, individually and in their official capacities.

2.      On November 10, 2014, the Attorney General's Office for the State of Washington, counsel for the defendants, received a copy of an Amended Complaint for Damages filed on November 7, 2014 in the Superior Court of Washington for Pierce County, Case No. 12-2-11389-6, entitled *Judith Cox and Charles Cox individually and as Personal Representatives of the Estates of C.J.P. and B.T.P., Plaintiffs v. State of Washington Department of Social and Health Services, Forest Jacobson,  Rocky Stephenson, Jane Wilson and Billie Reed-Lyyski, Defendants*.

3.      The Amended Complaint asserts causes of action under 42 U.S.C. §1983 against the above-named individual defendants.  This notice of removal is being filed within 30 days of receipt of the complaint alleging an action under 42 U.S.C. §1983 against the named defendants.

4.      Under 28 U.S.C. §1331 and §1343, the United States District Courts "have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

5.      Plaintiffs allege in paragraphs 6 – 9 and 77 – 89 of the Amended Complaint for Damages that defendants had direct personal participation in the deprivation of plaintiffs C.J.P. and B.T.P.'s constitutional rights pursuant to 42 U.S.C. § 1983.

6.      This is a civil action of which this court has original jurisdiction under 28 U.S.C. §1331 and §1343, and is one which may be removed to this court by defendants pursuant to 28 U.S.C. §1441(b) in that it is a civil action founded on a claim or right arising under federal law.  The district court also has supplemental jurisdiction over the state claims pursuant to 28 U.S.C., §1367.  An Eleventh Amendment bar as to supplemental claims does

NOTICE OF REMOVAL TO
FEDERAL COURT

2

OFFICE OF THE ATTORNEY GENERAL
1250 Pacific Avenue, Suite 105
P.O. Box 2317
Tacoma, WA  98401
(253) 593-5243

not divest the federal court of jurisdiction over claims arising under federal law. *Wisconsin Dept. of Corrections v. Schacht*, 524 U.S. 381, 118 S. Ct. 2047, 141 L. Ed. 2d 364 (1998).

7.    **Intradistrict Assignment.**  The United States District Court for the Western District of Washington, Tacoma Division, is the appropriate assignment pursuant to the criteria listed in LCR 3(d) wherein Pierce County, Washington is the situs where *Cox v. State of Washington, et al.,* is currently pending, it is where the alleged actions claimed of therein occurred, and it is where the individual defendants reside.

8.    All defendants who have been served have consented to remove this action to federal court. *See, Affidavit of Peter J. Helmberger in Support of Removal to Federal Court.*

9.    Defendants reserve all rights and defenses, including Eleventh Amendment Immunity, and this notice is made without waiving Washington State's sovereign immunity or any other defenses it may have in response to this lawsuit.

10.    In compliance with 28 U.S.C. §1446(a) and LCR 101(b) defendants have attached a copy of the operative complaint filed as an Amended Complaint for Damages in the state court action, along with a copy of the Jury Demand also filed in the state action. The defendants will provide copies of all other process, pleadings and orders served upon them or later filed in this case as a separate notice of state filed court documents.

DATED this 19th day of November, 2014.

ROBERT W. FERGUSON
Attorney General

*/s/Peter J. Helmberger*
PETER J. HELMBERGER, WSBA No. 23041
Assistant Attorney General
1250 Pacific Avenue, Suite 105
Tacoma, WA  98401
Telephone: (253) 593-5243
FAX: (253) 593-2449
E-mail: PeterH@atg.wa.gov

1

2

3                          /s/ Joseph M. Diaz
                           JOSEPH M. DIAZ, WSBA No. 16170
4                          Assistant Attorney General
                           7141 Cleanwater Ln SW
5                          Tumwater, WA 98501
                           Telephone: (360) 586-6300
6                          FAX: (360) 586-6655
                           E-mail: JosephD@atg.wa.gov
7                          Attorneys for Defendants

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

NOTICE OF REMOVAL TO              4              OFFICE OF THE ATTORNEY GENERAL
FEDERAL COURT                                        1250 Pacific Avenue, Suite 105
                                                              P.O. Box 2317
                                                           Tacoma, WA  98401
                                                            (253) 593-5243

1

## CERTIFICATE OF SERVICE

2

I hereby certify that on this  19th day of November, 2014, I caused to be electronically

3

filed the foregoing document with the Clerk of the Court using the CM/ECF system which will

4

send notification of such filing to the following:

5

James S. Rogers

6

Elizabeth Donaldson
Cheryl Snow

7

Law Offices Of James S. Rogers
1500 Fourth Avenue, Suite 500

8

Seattle, WA 98101
(206) 621-8525

9

jsr@jsrogerslaw.com

10

csnow@jsrogerslaw.com
liz@jsrogerslaw.com

11

Anne Bremner

12

Evan Bariault
1200 Fifth Avenue, Suite 1900

13

Seattle, WA 98101
(206) 486-8000

14

abremner@freybuck.com

15

ebariault@freybuck.com

16

ROBERT W. FERGUSON
Attorney General

17

/s/ Peter J. Helmberger

18

PETER J. HELMBERGER, WSBA No. 23041
Assistant Attorney General

19

1250 Pacific Avenue, Suite 105
Tacoma, WA  98401

20

Telephone: (253) 593-5243
FAX: (253) 593-2449

21

E-mail: PeterH@atg.wa.gov

22

/s/ Joseph M. Diaz

23

JOSEPH M. DIAZ, WSBA No. 16170
Assistant Attorney General

24

7141 Cleanwater Ln SW
Tumwater, WA 98501

25

Telephone: (360) 586-6300
FAX: (360) 586-6655

26

E-mail: JosephD@atg.wa.gov
Attorneys for Defendants

NOTICE OF REMOVAL TO
FEDERAL COURT

5

OFFICE OF THE ATTORNEY GENERAL
1250 Pacific Avenue, Suite 105
P.O. Box 2317
Tacoma, WA  98401
(253) 593-5243