# EXHIBIT 1



12-2-11389-6   38949073   CICS   08-01-12

# SUPERIOR COURT OF WASHINGTON FOR PIERCE COUNTY

## CASE COVER SHEET / CIVIL CASES

12  2  11389  6

Case Title __Powell v DSHS__                                  Case Number _____

Atty/Litigant __Dana A Henderson__         Bar # __32507__   Phone __206-621-8525__

Address __1500 4th Avenue, Suite 500__

City __Seattle__                           State __WA__       Zip __98101__

Please check one category that best describes this case for indexing purposes.
*If you cannot determine the appropriate category, please describe the cause of action below. This will create a Miscellaneous cause which is not subject to PCLR 3*

**APPEAL / REVIEW**
____ Administrative Law Review (ALR 2) *REV 6*
____ Civil, Non-Traffic (LCA 2) *REV 6*
____ Civil, Traffic (LCI 2) *REV 6*
____ Land Use Petition (LUP 2) LUPA

**CONTRACT / COMMERCIAL**
____ Breach of Contract (COM 2) *STANDARD*
____ Commercial Non-Contract (COM 2) *STANDARD*
____ Commercial-Contract (COM 2) *STANDARD*
____ Third Party Collection (COL 2) *REV 4*

**JUDGMENT**
____ Judgment, Another County (ABJ 2) *Non PCLR*
____ Abstract Only (ABJ 2) *Non PCLR*
____ Transcript of Judgment (TRJ 2) *Non PCLR*
____ Foreign Judgment Civil (FJU 2) *Non PCLR*
____ Judgment, Another State (FJU 2) *Non PCLR*

**TORT / MOTOR VEHICLE**
____ Death (TMV 2) *STANDARD*
____ Non-Death Injuries (TMV 2) *STANDARD*
____ Property Damage Only (TMV 2) *STANDARD*

**TORT / NON MOTOR VEHICLE**
____ Other Malpractice (MAL 2) *COMPLEX*
____ Personal Injury (PIN 2) *STANDARD*
____ Property Damage (PRP 2) *STANDARD*
_✓_ Wrongful Death (WDE 2) *STANDARD*
____ Other Tort (TTO 2) *COMPLEX*
____ Products Liability (TTO 2) *COMPLEX*
____ Asbestos (TTO 2) *COMPLEX*

**PROPERTY RIGHTS**
____ Condemnation (CON 2) *STANDARD*
____ Foreclosure (FOR 2) *REV 4*
____ Property Fairness (PFA 2) *STANDARD*
____ Quiet Title (QTI 2) *STANDARD*
____ Unlawful Detainer / Eviction (UND 2) *REV 4*
____ Unlawful Detainer / Contested (UND 2) *REV 4*

**OTHER COMPLAINT OR PETITION**
____ Compel/Confirm Bind Arbitration (MSC2) *REV 4*
____ Deposit of Surplus Funds (MSC 2) *REV 4*
____ Interpleader (MSC 2) *REV 4*
____ Subpoenas (MSC 2) *REV 4*
____ Victims' Employment Leave (MSC 2) *REV 4*
____ Wireless Number Disclosure (MSC 2) *REV 4*
____ Injunction (INJ 2) *REV 4*
____ Malicious Harassment (MHA 2) *Non PCLR*
____ Minor Settlement/No Guardianship(MST2) *REV 4*
____ Pet for Civil Commit/Sex Predator (PCC2) *REV 4*
____ Property Damage Gangs (PRG 2) *REV 4*
____ Seizure of Property/Comm of Crime(SPC2) *REV 4*
____ Seizure of Proprty Reslt from Crime(SPR2) *REV 4*

**TORT / MEDICAL MALPRACTICE**
____ Hospital (MED 2) *COMPLEX*
____ Medical Doctor (MED 2) *COMPLEX*
____ Other Health Care Professional (MED2)*COMPLEX*

**WRIT**
____ Habeas Corpus (WHC 2) *REV 4*
____ Mandamus (WRM 2) *REV 4*
____ Review (WRV 2) *REV 4*
____ Miscellaneous Writ (WMW 2) *REV 4*

**MISCELLANEOUS** _____

Revised 09/01/2011 Fillable

4

E-FILED
IN COUNTY CLERK'S OFFICE
PIERCE COUNTY, WASHINGTON

July 30 2012 2:11 PM

KEVIN STOCK
COUNTY CLERK

**IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR PIERCE COUNTY**

No.  12-2-11389-6

ORDER SETTING CASE SCHEDULE

| | |
|---|---|
| Type of case: | WDE |
| Estimated Trial (days): | |
| Track Assignment: | Standard |
| Assignment Department: | 12 |
| Docket Code: | **ORSCS** |

| | |
|---|---|
| Confirmation of Service | 8/27/2012 |
| Confirmation of Joinder of Parties, Claims and Defenses | 11/26/2012 |
| Jury Demand | 12/3/2012 |
| Status Conference (Contact Court for Specific Date) | Week of 12/24/2012 |
| Plaintiff's/Petitioner's Disclosure of Primary Witnesses | 1/21/2013 |
| Defendant's/Respondent's Disclosure of Primary Witnesses | 2/18/2013 |
| Disclosure of Rebuttal Witnesses | 4/8/2013 |
| Deadline for Filing Motion to Adjust Trial Date | 5/6/2013 |
| Discovery Cutoff | 6/10/2013 |
| Exchange of Witness and Exhibit Lists and Documentary Exhibits | 6/24/2013 |
| Joint Statement of Evidence | 7/1/2013 |
| Deadline to file Certificate or Declaration re: Alternative Dispute Resolution (PCLR 16 (c)(3)) | 7/1/2013 |
| Deadline for Hearing Dispositive Pretrial Motions | 7/1/2013 |
| Pretrial Conference (Contact Court for Specific Date) | Week of 7/15/2013 |
| Trial | 7/29/2013 9:00 |

## <u>Unless otherwise instructed, ALL Attorneys/Parties shall report to the trial court at 9:00 AM on the date of trial.</u>

### NOTICE TO PLAINTIFF/PETITIONER

If the case has been filed, the plaintiff shall serve a copy of the Case Schedule on the defendant(s) with the summons and complaint/ petition: Provided that in those cases where service is by publication the plaintiff shall serve the Case Schedule within five (5) court days of service of the defendant's first response/appearance. If the case has not been filed, but an initial pleading is served, the Case Schedule shall be served within five (5) court days of filing. See PCLR 3.

### NOTICE TO ALL PARTIES

All attorneys and parties shall make themselves familiar with the Pierce County Local Rules, particularly those relating to case scheduling. Compliance with the scheduling rules is mandatory and failure to comply shall result in sanctions appropriate to the violation. If a statement of arbitrability is filed, PCLR 3 does not apply while the case is in arbitration.

 Dated: July 30, 2012

*Stephanie A Arend*
_____

Judge STEPHANIE A. AREND

Department 12

1

12-2-11389-6   38949077   PTAPGL   08-01-12

FILED
IN COUNTY CLERK'S OFFICE

A M ⌒ JUL 30 2012 ⌒ PM
PIERCE COUNTY WASHINGTON
KEVIN STOCK. County Clerk
BY_____DEPUTY

PIERCE COUNTY SUPERIOR COURT
KEVIN STOCK
CLERK OF THE SUPERIOR COURT
TACOMA WA

12-2-11389-6

| Rcpt. Date | Acct. Date | Time |
|---|---|---|
| 07/30/2012 | 07/30/2012 | 02:16 PM |

Receipt/Item #    Tran-Code    Docket-Code
2012-05-06946/01      1100         $FFR
Cashier: TFR

JAMES, ROGERS

Transaction Amount:        $240.00

5

6

7              IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
                            FOR PIERCE COUNTY

8     WILLIAM L E. DUSSAULT as
9     SUSAN POWELL. Litigation Guardian al Litem for   NO.   12  2  11389  6
      an incapacitated person
10                    Plaintiff,                    PETITION FOR APPOINTMENT
                                                    OF LITIGATION GUARDIAN
                                                    AD LITEM PURSUANT TO
11        v.                                        RCW 4.08.060

12    STATE OF WASHINGTON, DEPARTMENT
      OF SOCIAL AND HEALTH SERVICES,
13
                      Defendant.
14

15

16           COMES NOW James S. Rogers, of the Law Offices of James S. Rogers, and Anne

      Bremner of Anne Bremner, P.C. as attorneys for Susan Powell, an adult, and pursuant to R.C.W.
17
      4.08.060 and the Rules of Superior Court, SPR 98.16W, petitions the Court for appointment of a
18
      litigation Guardian Ad Litem for the incapacitated adult Plaintiff, SUSAN POWELL, and for
19·
      authorities as follows.
20
                                  I.      BACKGROUND
21
             SUSAN POWELL is an adult born October 16, 1981.  SUSAN POWELL has a cause of
22
      action for injuries allegedly sustained as a result of negligence of State of Washington,

23    Department of Social and Health Services resulting in the death of her children, C.J.P., age 7 and

      B.T.P., age 5.  While no judicial finding of incapacity has been or is being sought at this time,
24

PETITION FOR APPOINTMENT OF LITIGATION GUARDIAN          **LAW OFFICES OF JAMES S. ROGERS**
AD LITEM PURSUANT TO RCW 4 08 060 – 1                    1500 Fourth Avenue, Suite 500
                                                         Seattle WA 98101
                                                         Ph  206/621-8525 Fax 206/223-8224

Petitioners herein have concerns that SUSAN POWELL may not have full capacity to represent her interests regarding that cause of action.   SUSAN POWELL has been missing since December 7, 2009.

RCW 4.08.060, Guardian ad litem for incapacitated person, states in pertinent part:

"When an incapacitated person is a party to an action in the superior courts he or she shall appear by guardian, **or if he or she has no guardian**, or in the opinion of the court the guardian is an improper person, **the court shall appoint one to act as guardian ad litem**. Said guardian shall be appointed as follows:

(1) When the incapacitated person is plaintiff, upon the application of a relative or friend of the incapacitated person. . . ." (emphasis added)

## II.   NOMINEE FOR GUARDIAN AD LITEM

Petitioners request that attorney WILLIAM L. E. DUSSAULT be appointed as Guardian Ad Litem for SUSAN POWELL, with all of the duties, powers and authorities as are granted under R.C.W. 4.08.060, which provides that the Litigation Guardian Ad Litem serves with authority to act in the incapacitated person's best interest during the pendency of the litigation. WILLIAM L. E. DUSSAULT has been asked to serve as Guardian Ad Litem in this matter, and has advised that he is available. WILLIAM L. E. DUSSAULT is an attorney licensed to practice in the State of Washington and has substantial background and expertise serving as Guardian Ad Litem for incapacitated persons, persons who experience disabilities, minors, and others who meet the requirements of the cited Court rule. His *Curriculum Vitae* is attached hereto as Exhibit A and incorporated herein by this reference.

The Litigation Guardian Ad Litem should be authorized to charge his services at his usual hourly fee rate at the time the services are rendered, subject to final approval by the Court. His current billing rate is $325.00 per hour and he will utilize support staff at lower hourly rates when feasible to assist in performing his duties.

PETITION FOR APPOINTMENT OF  LITIGATION GUARDIAN
AD LITEM PURSUANT TO RCW 4 08.060 – 2

**LAW OFFICES OF JAMES S  ROGERS**
1500 Fourth Avenue, Suite 500
Seattle WA  98101
Ph  206/621-8525  Fax  206/223-8224

## II.   EXTENSION OF PRIVILEGE

Petitioners ask that the Court order that all communications between Plaintiff's counsel and the Guardian Ad Litem and Plaintiff and the Guardian Ad Litem, together with all work product and other activities of the Guardian Ad Litem, be accorded all of the same privilege and confidentiality as is given to attorney-client communications.

## III.   REQUEST FOR AUTHORITIES

Petitioners request that in addition to the appointment of the Guardian Ad Litem in his assigned capacities, the Court also confirm and allow the disabled adult Plaintiff to continue to appear through her counsel, James S. Rogers, of the Law Offices of James S. Rogers, and Anne Bremner of Anne Bremner, P.C.

WHEREFORE, the Petitioners ask that the Court enter an Order:

1)   Finding that a Litigation Guardian Ad Litem should be appointed for SUSAN POWELL, the disabled adult Plaintiff;

2)   Finding that attorney WILLIAM L.E. DUSSAULT has the appropriate expertise and background to so serve and appointing him as Litigation Guardian Ad Litem for SUSAN POWELL, to serve with all of the duties, powers and authorities and for all of the purposes specified under R.C.W. 4.08.060;

3)   Directing that the communications between Plaintiff's counsel and the Litigation Guardian Ad Litem and between Plaintiff and the Litigation Guardian Ad Litem, together with the records, work product and other activities of the Litigation Guardian Ad Litem have the same privilege and confidentiality as is accorded to attorney-client communications; and

4)   Confirming, authorizing and directing Plaintiff's counsel, James S. Rogers, of the Law Offices of James S. Rogers, and Anne Bremner of Anne Bremner, P.C., to continue to appear as counsel on behalf of the disabled adult Plaintiff, SUSAN POWELL.

PETITION FOR APPOINTMENT OF LITIGATION GUARDIAN
AD LITEM PURSUANT TO RCW 4.08.060 – 3

1    DATED this 27th day of July, 2012.

2

3    LAW OFFICES OF JAMES S. ROGERS

4

5    James S. Rogers, WSBA #5335
     Dana A. Henderson, WSBA #32507
6    Attorneys for Plaintiff
     1500 Fourth Avenue, Suite 500
7    Telephone:  (206) 621-8525
     Fax:  (206) 223-8224
8    jsr@jsrogerslaw.com
     dah@jsrogerslaw.com
9

10   ANNE BREMNER. P.C.

11

12   Anne Bremner, WSBA #13269        WSBA #32507
13   Attorneys for Plaintiff
     1200 Fifth Avenue               per email approval.
14   Suite 1900
     Seattle, WA  98101
15   Telephone:  (206) 486-8000
     Facsimile:  (206) 902-9660
16   abremner@freybuck.com
     Bremner.Anne@gmail.com
17

18

19

20

21

22

23

24
     PETITION FOR APPOINTMENT OF  LITIGATION GUARDIAN          **LAW OFFICES OF JAMES S. ROGERS**
     AD LITEM PURSUANT TO RCW 4.08 060 – 4                     1500 Fourth Avenue, Suite 500
                                                               Seattle WA  98101
                                                               Ph  206/621-8525  Fax  206/223-8224

# Exhibit A

 **DUSSAULT LAW GROUP**

# WILLIAM L. E. DUSSAULT
## CURRICULUM VITAE
*Emphasizing Law for Persons with Disabilities*

### Education and Bar Admissions

University of Washington, BA, Political Science, History, 1969
University of Washington, Juris Doctor, Law, 1972
Admitted to Washington State Bar, September, 1972
Admitted to Federal District Court, January, 1973
Admitted to United States Supreme Court, September, 1982
Admitted to Colorado State Bar, February, 2007

### Memberships, Appointments

Member, American/Washington/Seattle-King County Bar Associations
Speaker, Brain Injury Association Legal Conference*, 1987 through present
Consultant, Autism Society of America (ASA), formerly National Society for Autistic Children
and Adults (NSAC):
     National Professional Advisory Board, 1978-to present
     Chairperson, National By-Laws Committee, 1984-1986
Co-Chair, King County Court 2009 Mandatory Settlement Guardian Ad Litem Training
Member, Washington State Bar Association Rules of Professional Conduct Committee
     2003 -2004
Guest lectures, Seattle University Law School National Training for Special Education
     Administrative Law Judges 2002 to 2011
Editorial Board, Journal of Positive Behavior Interventions, 1998 to 2000
Chair, National Human Rights Committee, Association for Retarded Citizens, US
(ARC-US) 1989-1991
Member, American College of Legal Medicine (ACLM) 1997-1999
Member, and Vice President for Finance, Board of Directors, Brain Injury Association of
America (BIA -formerly known as National Head Injury Foundation or NHIF), 1996-2001
Contributing Editor, National Structured Settlement Trade Association "White Paper"
     quarterly publication on settlements (1995-1998)
Faculty, Philip E. Heckerling Institute on Estate Planning, University of Miami School of Law,
     1995
Mentor, Seattle University School of Law, 1994-1995
Consultant, Guardianship, ARC-US, 1988
Keynote Speaker, National Institute on Special Education and the Law, 1987

2722 Eastlake Avenue East, Suite 200, Seattle, Washington 98102-3143
Telephone 206-324-4300   Fax 206-324-3106   General Email bus@dussaultlaw.com

11

Wm. L. E. Dussault
*Curriculum Vitae*
Page 2 of 4

Vice-Chairperson, American Bar Association Family Law Committee On Mental Disability
    1986-1994
Adjunct Professor, University of Washington School of Law, Disability Law 1986-1994
Member, Future Planning and Insurance Committee, ARC-US, 1986-1988
Member, Board of Directors of Accreditation Council for Services for Mentally Retarded and
    Other Developmentally Disabled Persons (AC MRDD), 1982-1988, Executive Committee,
    1986-1988
Consultant, Tourette Syndrome and the Law Workshop, 1986
Consultant, Settlement Trusts, California State Bar All Star Seminar, 1986 and 1987
Keynote speaker, faculty and Executive Board member, Pacific Northwest Special Education
    and the Law Conference, 1984 to 2010
Adjunct Professor, Central Washington University, Department of Special Education,
    1982/1984
Consultant, ABA Guardianship/Limited Guardianship Report, 1981
Faculty, University of Washington School of Nursing:  Nursing, Law and Ethics, 1978-1994
Judge Pro Tempore, Seattle Municipal Court 1977-1990
Testimony to U.S. Senate:  Handicapped Children's Protective Act 1977
Former Counsel, The Association for Persons With Severe Handicaps (TASH) 1975-1995
Washington State Human Rights Commission Advisory Council for the Physically, Mentally
    and Sensory Handicapped, 1974-1976
Keynote speaker, Washington State "You Are the Expert" conferences for parents, 1976-1996
Executive Director, Washington State Developmental Disabilities Planning Commission,
    1975-1976
Member, Washington State Superintendent of Public Instruction Committee to review and
    revise state Special Education Regulations 1972-1998
Governor's Committee on Employment of the Handicapped, 1972 to 1985
Washington State Special Education Commission, 1972
Washington State Legislative Review Committee, Special Education, 1972
Past President-Founder, Washington Chapter, National Academy for Elder Law Attorneys
    (NAELA)
Founder, Treasurer and Executive Board Member, COPAA (Council of Parent Advocates
    and Attorneys)
Board Member, Disability International Foundation
Consultant-Epilepsy Foundation of America — special needs estate planning — video preparation
Consultant-National Association for Down Syndrome –estate planning and special education
    issues
Former Editorial Board Member, Journal of the Association for Persons with Severe
    Handicaps (JASH)
Vice-President, Concepts for Independent Living, National Non-Profit Corporation (CIL)
Former President and current Board Member, Lifetime Advocacy Plus (aka LA+, formerly
    Foundation for the Handicapped), a private non-profit Guardianship and Trust agency
    for handicapped and elderly individuals
Faculty, Emmanuel College, Cambridge University, England, International Institute on Head
    Injury and the Law
Guest Lecturer, University of Oregon and Seattle University

Wm. L. E. Dussault
*Curriculum Vitae*
Page 3 of 4


Contract Reviewer, Department of Education, Office of Special Education Programs,
    Washington DC
Senior Rights Assistance Foundation of Washington, Advisory Board
Consultant to Guardianship, Advocacy and Protective Services (GAPS) Program, Oregon
Counsel, Washington Association for Persons with Disabilities
Volunteer, Washington and Colorado State Special Olympics
Director, Washington State Disabilities Political Action Committee (D-PAC)
Washington State Bar Association Civil Rights Committee
Consultant, Bay Area Brain Injury Association* California
Consultant, Washington State Brain Injury Association*
Appointed as Litigation or Settlement Guardian ad Litem in state or federal courts in
    WA, OR, AK, CO

Honors and Awards

Received 2012 Award of Merit by the Washington State Bar Association, its highest honor
Selected by Seattle Magazine as one of Seattle's top financial managers, 2010, 2011
Selected by Washington Law and Politics and Butch Blum — one of four best lawyers in
    Washington State, 2003
Selected as one Washington's Best Lawyers, Washington Law & Politics 1999-2009
Life Member, National Registry, Who's Who 2001 Edition
Selected as one of Seattle's Best Lawyers, Seattle Magazine, 2001 issue
Selected as Honored Member, National Directory, Who's Who, 1994

Authorship

Co-Author, RCW 28A.13 Washington State Mandatory "Education for All" Law requiring
    free appropriate public education for all children with disabilities, 1970
Author, 1975-1977 Washington State Limited Guardianship Act, RCW 11.88 and 11.99;
    participant on revisions, 1990/1991
Author, Comprehensive review of all Washington State laws affecting disabled persons (over
    500 pages of proposed legislation, with approximately 200 pages now enacted)
Co-Author, Initial Washington State Regulations on Special Education
Originating author-testamentary special needs trust-1973
Originating author-litigation special needs trust-1976
Co-Author OBRA'93 42 USC 1396p(d)(4)(a)
Authored Northwest Mutual Insurance Co. planning booklet on planning for disability
Chapter author — Legal Issues in Traumatic Brain Injury Rehab — Mark Ashley editor
Author, Best of CLE:  Planning for Disability - 1985
Author, "Wills and Trusts - Future Planning Guide for the Parents and Families of Persons With
    Disabilities" - 1984
Author, "Establishment and Operation of the Settlement Trust", 1988, and as amended

---

*This organization, which has national and state chapters, was formerly known as the Head Injury Foundation
("HIF" - National Head Injury Foundation or NHIF, Washington State Head Injury Foundation or WasHIF, etc.)

Wm. L. E. Dussault
*Curriculum Vitae*
Page 4 of 4


Co-Author, "How to Provide for Their Future", ARC-US
Author, Future Planning Guide for the Parents and Families of Persons with Disabilities,
     Washington ARC Trust Fund and The Foundation for the Handicapped
Author, Numerous Law Review Articles, book chapters, seminar materials, popular articles,
     etc., concerning:
          Malpractice and ethical issues in personal injury settlements
          Special Needs Settlement Trusts
          Guardianship, Protective Services for the Disabled and the Elderly;
          Special Education
          Law and the Disabled
          Wills and Trusts for individuals with Disability and Family
          Informed Consent
          Ethics and Research with Human Subjects
          Advocacy
          Government Benefits
Presentations on Catastrophic Personal Injury Case Settlements — Ethics and management
     devices, National AAJ - WA, CA, UT, TX, OH, MT, CO, LA ,MI -AAJ formerly Trial
     Lawyers Associations and Defense Research Institute

<u>Sample Agency Consultations</u>

State of Washington Superintendent of Public Instruction
State of Washington Developmental Disabilities Planning Council
State of Washington Protection and Advocacy Agency
State of Washington Association for Retarded Citizens
State of Washington Developmental Disabilities Residential Service Association
State of Washington Coalition for Special Education
State of Oregon Association for Retarded Citizens
State of Oregon Division of Mental Health
State of Montana Developmental Disabilities Council
State of North Dakota Department of Education
State of Kansas Department of Education
State of Colorado Department of Education
State of Tennessee Protection and Advocacy Agency
Northwest Association of Rehabilitation Industries

<u>Other</u>

Founder and senior shareholder, William L. E. Dussault, P.S., dba the Dussault Law Group
2722 Eastlake Avenue East, Suite 200, Seattle, Washington 98102-3143
Telephone 206-324-4300     FAX 206-324-3106     General Email: <u>Bus@dussaultlaw.com</u>
Colorado Office Telephone 970-887-3061   FAX 970-887-1360

Rev  6-2012

1

2

3

12-2-11389-6    38949078    ORAPGL    08-01-12

FILED
IN COUNTY CLERK'S OFFICE

A M    **JUL 30 2012**    P M

PIERCE COUNTY, WASHINGTON
KEVIN STOCK, County Clerk
BY_____DEPUTY

4

5

6

7        IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
                        FOR PIERCE COUNTY

8   WILLIAM L.E DUSSAULT as CGAL for

9   SUSAN POWELL,                          **NO.**  12  2  11389  6
    on incapacitated person
10                        Plaintiff,        ORDER APPOINTING LITIGATION
                                           GUARDIAN AD LITEM PURSUANT TO
11        v.                               RCW 4.08.060 AND GRANTING
                                           AUTHORITIES
12   STATE OF WASHINGTON, DEPARTMENT
     OF SOCIAL AND HEALTH SERVICES,
13
                        Defendant.
14

15

16        THIS MATTER having come regularly before the Court upon the Petition of

17   James S. Rogers, of the Law Offices of James S. Rogers, and Anne Bremner of Anne

18   Bremner, P.C. as attorneys for Susan Powell, a disabled adult, and the Court having reviewed

     said Petition and the attachment thereto, having reviewed the evidences presented by counsel,
19
     and being fully advised in the premises, now, therefore, it is hereby
20
          ORDERED, ADJUDGED AND DECREED as follows:
21
          1)    A Litigation Guardian Ad Litem should be appointed for SUSAN POWELL, the
22
     disabled adult Plaintiff;
23
          2)    Attorney WILLIAM L.E. DUSSAULT has the appropriate expertise and
24
     background and is hereby appointed as Litigation Guardian Ad Litem for SUSAN POWELL, to

     PETITION FOR APPOINTMENT OF LITIGATION GUARDIAN        **LAW OFFICES OF JAMES S. ROGERS**
     AD LITEM PURSUANT TO RCW 4 08.060 – 1                  1500 Fourth Avenue, Suite 500
                                                            Seattle WA 98101
                                                            Ph  206/621-8525  Fax 206/223-8224

15

serve with all of the duties, powers and authorities and for all of the purposes specified under RCW 4.08.050/060;

3) All communications between Plaintiff's counsel and the Litigation Guardian Ad Litem, and all communications between Plaintiff and the Litigation Guardian Ad Litem, together with the records, work product and other activities of the Litigation Guardian Ad Litem, are hereby granted all the same privilege and confidentiality as is accorded to attorney-client communications;

4) The Litigation Guardian Ad Litem is authorized to bill for his services at his current hourly rate at the time of the services, subject to final approval by the Court. WILLIAM L. E. DUSSAULT's current billing rate is $325.00 per hour; and

5) Plaintiff's counsel, James S. Rogers, of the Law Offices of James S. Rogers, and Anne Bremner of Anne Bremner, P.C. as attorneys for SUSAN POWELL, an adult, are hereby specifically confirmed, authorized and directed to continue to appear as counsel on behalf of the disabled adult Plaintiff, SUSAN POWELL.

DATED this 30th day of July, 2012.

_____
JUDGE/COURT COMMISSIONER

Presented by:

LAW OFFICES OF JAMES S. ROGERS

_____
James S. Rogers, WSBA #5335
Dana A. Henderson, WSBA #32507
Attorneys for Plaintiff
1500 Fourth Avenue, Suite 500
Telephone: (206) 621-8525
Fax: (206) 223-8224
jsr@jsrogerslaw.com
dah@jsrogerslaw.com

FILED
IN COUNTY CLERK'S OFFICE

A M   JUL 30 2012   P M
PIERCE COUNTY WASHINGTON
KEVIN STOCK, County Clerk
BY _____ DEPUTY

PETITION FOR APPOINTMENT OF LITIGATION GUARDIAN AD LITEM PURSUANT TO RCW 4.08.060 – 2

**LAW OFFICES OF JAMES S. ROGERS**
1500 Fourth Avenue, Suite 500
Seattle WA 98101
Ph 206/621-8525 Fax 206/223-8224

16

1 | ANNE BREMNER. P.C.

2

3

Anne Bremner, WSBA #13269

WSBA # 32507.

4 | Attorneys for Plaintiff
1200 Fifth Avenue

5 | Suite 1900
Seattle, WA 98101

6 | Telephone: (206) 486-8000
Facsimile: (206) 902-9660

7 | abremner@freybuck.com
Bremner.Anne@gmail.com

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

PETITION FOR APPOINTMENT OF LITIGATION GUARDIAN
AD LITEM PURSUANT TO RCW 4.08 060 – 3

LAW OFFICES OF JAMES S. ROGERS
1500 Fourth Avenue, Suite 500
Seattle WA 98101
Ph 206/621-8525 Fax 206/223-8224

17

E-FILED
IN COUNTY CLERK'S OFFICE
PIERCE COUNTY, WASHINGTON

August 24 2012 8:30 AM

KEVIN STOCK
COUNTY CLERK
NO: 12-2-11389-6

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
FOR PIERCE COUNTY

| | |
|---|---|
| WILLIAM L.E. DUSSAULT AS LGAL FOR SUSAN POWELL, an incapacitated person,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF WASHINGTON, DEPARTMENT OF SOCIAL AND HEALTH SERVICES,<br><br>Defendant. | NO.  12-2-11389-6<br><br>CONFIRMATION OF SERVICE<br><br>(CS / CSSRV) |

**CS** [ ]      **All the named defendants/petitioners/respondents have been served, have joined or have accepted service in writing.** (Check if appropriate, otherwise check the box below.)

**CSSRV** [XX] **One or more named defendants have not yet been served.**
(If this box is checked, an additional confirmation of service must be filed pursuant to subsection (b) when service is obtained and the following information must be provided.)

**The following defendants have been served or have joined or accepted service:**

   No defendants have joined or accepted service.

**The following defendants have not yet been served:**

CONFIRMATION OF SERVICE – 1

**LAW OFFICES OF JAMES S. ROGERS**
1500 Fourth Avenue, Suite 500
Seattle WA  98101
Ph: 206/621-8525  Fax: 206/223-8224

1

2       Defendant State of Washington, Department of Social and Health Services has not been served.

3 **Reasons why service has not yet been obtained:**

4       Service has not been obtained because this is a claim against the State of Washington, and RCW 4.92.110 requires that Plaintiff file a Notice of Claim, and the expiration of 60 days

5 after the date of filing of the claim, before an action can be commenced. The 60 days required by RCW 4.92.110 has not elapsed. The Notice of Claim was served on August 7, 2012 and the

6 60 days expire on October 8, 2012. The State of Washington has acknowledged the claim by letter dated August 8, 1012. The captioned matter was initiated, and cause number assigned, so

7 that a Litigation Guardian Ad Litem could be appointed by the Court, and have the authority to sign the required Notice of Claim form. The Complaint in this matter is expected to be filed by

8 October 30, 2012.

9 **How service will be obtained:**

10       Service will be obtained by serving upon the Office of Attorney General.

11 **Date by which service is expected to be obtained:**

12       Service is expected to be obtained by November 9, 2012

13 **No other named defendants remain to be served.**

14                 DATED this 23rd day of August, 2012.

15

16                 LAW OFFICES OF JAMES S. ROGERS

17                 s/ Dana A. Henderson

18                 James S. Rogers, WSBA #5335
Dana A. Henderson, WSBA #32507

19                 Attorneys for William L. E. Dussault, LGAL
1500 Fourth Avenue, Suite 500

20                 Telephone: (206) 621-8525
Fax: (206) 223-8224

21                 jsr@jsrogerslaw.com
dah@jsrogerslaw.com

22

23

24

CONFIRMATION OF SERVICE – 1



# IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
# IN AND FOR PIERCE COUNTY

WILLIAM L E DUSSAULT

            Plaintiff(s)

        vs.

DEPARTMENT OF SOCIAL AND HEALTH SERVICES

            Defendant(s)

No. 12-2-11389-6

**NOTICE OF NONCOMPLIANCE
AND ORDER SETTING
NONCOMPLIANCE HEARING**

---

Court records indicate that the attorneys and/or parties listed below have failed to comply with the Case Schedule in regard to the following item:

   Confirmation of Service - Not Filed - Refer to Pierce County Local Rule 2        Deadline:   08/27/12

You are hereby ORDERED to appear for a hearing at 1:30 pm on Friday, 09/21/12 to comply with the Case Schedule, or deliver a report of the same no later than the time set for the hearing.

The court may impose sanctions or terms for failure to comply with the Case Schedule. If the court finds that an attorney or party has failed to comply with the Case Schedule and has no reasonable excuse, the court may order the attorney or party to pay monetary sanctions to the court, or terms to any other party who has incurred expense as a result of the failure to comply, or both; in addition, the court may impose such other sanctions as justice requires. See PCLR 3 ( j ).

DATED: 09/05/12

FILED
DEPT. 12
IN OPEN COURT

SEP - 5 2012

Pierce County Clerk
By _____
        DEPUTY

*Stephanie A Arend*

_____
Judge Stephanie A. Arend
Department 12
Phone #: 253-798-7562

**Copies mailed to:**
James Steven Rogers
Dana A. Henderson
Anne Melani Bremner

**TO:**
        Superior Court Clerk for Filing
        *(Court File Copy)*

20
PAGE 1 OF 1

E-FILED
IN COUNTY CLERK'S OFFICE
PIERCE COUNTY, WASHINGTON

September 14 2012 3:28 PM

KEVIN STOCK
COUNTY CLERK
NO: 12-2-11389-6

THE HONORABLE STEPHANIE A. AREND
DEPARTMENT 7
HEARING DATE: FRIDAY, SEPTEMBER 14, 2012
TIME: 1:30 PM

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
FOR PIERCE COUNTY

| | |
|---|---|
| WILLIAM L.E. DUSSAULT AS LGAL FOR SUSAN POWELL, an incapacitated person,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF WASHINGTON, DEPARTMENT OF SOCIAL AND HEALTH SERVICES,<br><br>Defendant. | NO.  12-2-11389-6<br><br>REPORT IN RESPONSE TO NOTICE OF NONCOMPLIANCE |

## I.     RELIEF REQUESTED

NOW COMES Plaintiff, by and through undersigned counsel, and submits this report in response to the Court's Notice of Noncompliance for failure to comply with the confirmation of service deadline.  In this matter the Court issued a case management order when the cause number was first issued in order to appoint a litigation guardian *ad litem*, though no Complaint has yet been filed.  Plaintiff is still in the sixty day (60) waiting period necessitated by RCW 4.92.110 between giving the State a Notice of Claim and when a Complaint may be filed.

## II.     BRIEF RELEVANT FACTS

In this case, Plaintiff's Complaint for Damages has not yet been filed.  Henderson Decl. This is so because the suit will be against the State of Washington, and RCW 4.92.110 requires

REPORT IN RESPONSE TO NOTICE OF
NONCOMPLIANCE – 1

LAW OFFICES OF JAMES S. ROGERS
1500 Fourth Avenue, Suite 500
Seattle WA  98101
Ph:  206/621-8525  Fax:206/223-8224

21

1  that Plaintiff first serve a Notice of Claim on the State's risk manager, and then wait sixty days

2  before an action may be commenced.  *Id.,* and RCW 4.92.110.  The captioned matter was initiated,

3  and cause number assigned, so that a Litigation Guardian *Ad Litem* could be appointed by the

4  Court, and so that the LGAL could have the authority to sign the required Notice of Claim form.

5  Henderson Decl.  Upon information and belief, the opening of this cause number resulted in an

6  automatically-promulgated case management order and trial date by the Superior Court Clerk's

7  Office.  *Id.*

8         The sixty days required by RCW 4.92.110 has not yet elapsed, and therefore, Plaintiff

9  cannot file or serve the Complaint.  Henderson Decl.  The Notice of Claim was served on

10  August 7, 2012 and the waiting period expires on October 8, 2012.  *Id.* and Exh. 1 thereto.  The

11  State of Washington has acknowledged the claim by letter dated August 8, 1012.  *Id.* and Exh. 2

12  thereto.  The Complaint in this matter is expected to be filed and served well before October 30,

13  2012. *Id.*

14         Plaintiff filed an explanation of why service has not yet been completed on August 24,

15  2012 in Plaintiff's Confirmation of Service to this effect, which was met by the Court's Notice of

16  Noncompliance and Order Setting Noncompliance Hearing.  *Id.* and Exh. 3 thereto.  Plaintiff of

17  course plans to appear at the show cause hearing to address these issues, but files this report on

18  inability to meet pending case management order deadlines in an effort to address and remedy the

19  fact that a court deadline has expired while Plaintiff is legally barred from moving forward and

20  meeting these deadlines.  The currently-issued case management order does not have any further

21  deadlines until late November, 2012.

22

23

24

REPORT IN RESPONSE TO NOTICE OF
NONCOMPLIANCE – 2

**LAW OFFICES OF JAMES S. ROGERS**
1500 Fourth Avenue, Suite 500
Seattle WA  98101
Ph:  206/621-8525  Fax: 206/223-8224

## III.     EVIDENCE RELIED UPON

This report is based on the records and pleadings on file herein and the Declaration of Dana A. Henderson ("Henderson Decl.") and exhibits thereto.

## IV.     LAW AND ARGUMENT

As discussed above, because of the unique posture of this case, Plaintiff is unable to file the Complaint for Damages, and in turn is unable to effectuate service of same by operation of law. RCW 4.92.110 provides as follows:

> **Tortious conduct of state or its agents — presentment and filing of claim prerequisite to suit.**
>
> <u>No action</u> subject to the claim filing requirements of RCW 4.92.100 <u>shall be commenced</u> against the state, or against any state officer, employee, or volunteer, acting in such capacity, for damages arising out of tortious conduct <u>until sixty calendar days have elapsed after the claim is presented</u> to the *risk management division. The applicable period of limitations within which an action must be commenced shall be tolled during the sixty calendar day period. For the purposes of the applicable period of limitations, an action commenced within five court days after the sixty calendar day period has elapsed is deemed to have been presented on the first day after the sixty calendar day period elapsed.

RCW 4.92.110 (emphasis added).  Plaintiff is constrained by this requirement, and though a Notice of Claim has been properly presented to the State's risk management division, and that Notice of Claim has been acknowledged, suit is not ripe.  The instant cause number needed to be opened in order to allow the LGAL to be appointed so that the LGAL could in turn, have the authority to sign the Notice of Claim and appoint counsel.  Though a case management order has been promulgated upon opening this cause number, Plaintiff is legally barred from moving forward to meet those deadlines.  Plaintiff submits that no other dates on the pending case management order will be impacted as there are no other deadlines until the end of November, 2012.  The case management order provides sufficient time to allow the complaint to be filed and served, and to allow the State to file a Notice of Appearance and proceed with the defense of this matter.  Plaintiff expects to be in a position to file the Complaint during the first week of October and serve it with a week (or two

REPORT IN RESPONSE TO NOTICE OF NONCOMPLIANCE – 3

at the most) thereafter.  Plaintiff will confirm service on the State as soon as it is effectuated.

## V.    CONCLUSION

For the foregoing reasons, the Court should not impose sanctions or terms for Plaintiff's failure to comply with the Case Schedule.

DATED this 14th day of September 2012.

LAW OFFICES OF JAMES S. ROGERS

s/ Dana A. Henderson
James S. Rogers, WSBA #5335
Dana A.  Henderson, WSBA #32507
Attorneys for William L. E. Dussault, LGAL
1500 Fourth Avenue, Suite 500
Telephone:  (206) 621-8525
Fax:  (206) 223-8224
jsr@jsrogerslaw.com
dah@jsrogerslaw.com

ANNE BREMNER. P.C.

s/Anne Bremner
Anne Bremner, WSBA #13269
Attorneys for Plaintiff
1200 Fifth Avenue
Suite 1900
Seattle, WA  98101
Telephone:  (206)  486-8000
Facsimile:  (206) 902-9660
abremner@freybuck.com
Bremner.Anne@gmail.com

REPORT IN RESPONSE TO NOTICE OF
NONCOMPLIANCE – 4

**LAW OFFICES OF JAMES S. ROGERS**
1500 Fourth Avenue, Suite 500
Seattle WA  98101
Ph:  206/621-8525  Fax: 206/223-8224

E-FILED
IN COUNTY CLERK'S OFFICE
PIERCE COUNTY, WASHINGTON

September 14 2012 3:28 PM

KEVIN STOCK
COUNTY CLERK
NO: 12-2-11389-6

THE HONORABLE STEPHANIE A. AREND
DEPARTMENT 7
HEARING DATE: FRIDAY, SEPTEMBER 21, 2012
TIME: 1:30 PM

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
FOR PIERCE COUNTY

| | |
|---|---|
| WILLIAM L.E. DUSSAULT AS LGAL FOR SUSAN POWELL, an incapacitated person,<br><br>                    Plaintiff,<br><br>        v.<br><br>STATE OF WASHINGTON, DEPARTMENT OF SOCIAL AND HEALTH SERVICES,<br><br>                    Defendant. | NO.  12-2-11389-6<br><br>DECLARATION OF DANA A. HENDERSON IN SUPPORT OF REPORT IN RESPONSE TO NOTICE OF NONCOMPLIANCE |

I, Dana A. Henderson, under penalty of perjury under the laws of the State of Washington, declare as follows.

1.      I am over the age of 18 and am competent to testify regarding the matters herein.  I make the following statements based on my personal knowledge.

2.      I am one of the attorneys for the Plaintiff.

3.      In this case, Plaintiff's Complaint for Damages has not yet been filed.  This is so because the suit will be against the State of Washington, and RCW 4.92.110 requires that Plaintiff

DECLARATION OF DANA A. HENDERSON IN SUPPORT OF REPORT IN RESPONSE TO NOTICE OF NONCOMPLIANCE – 1

LAW OFFICES OF JAMES S. ROGERS
1500 Fourth Avenue, Suite 500
Seattle WA  98101
Ph:  206/621-8525  Fax: 206/223-8224

25

first file a Notice of Claim, and then, only after the expiration of sixty days after the date of filing of the Notice of Claim, may an action be commenced.  The captioned matter was initiated, and cause number assigned, so that a Litigation Guardian Ad Litem could be appointed by the Court, and so that the LGAL could have the authority to sign the required Notice of Claim form.  It is my understanding and belief, the opening of this cause number resulted in an automatically-promulgated case management order and trial date by the Superior Court Clerk's Office.

4.        Attached as **EXHIBIT 1** is a true and correct copy of Plaintiff's Notice of Claim, with the conforming stamp from The State of Washington, Risk Management Division.   This Notice of Claim form was served on August 7, 2012.

5.        The State of Washington has acknowledged the claim by letter dated August 8, 2012.   Attached as **EXHIBIT 2** is a true and correct copy of the August 8, 2012 letter.  My office has calculated that the sixty day waiting period mandated by RCW 4.92.110 expires on October 8, 2012.  The Complaint in this matter is expected to be filed within a week thereafter, and served by the end of October 2012.

6.        Attached as **EXHIBIT 3** is a true and correct copy of the Confirmation of Service filed by my office on August 24, 2012

DATED this 14th day of September 2012, in Seattle, Washington.


s/ Dana A. Henderson_____
DANA A. HENDERSON, WSBA #32507

DECLARATION OF DANA A. HENDERSON IN SUPPORT OF REPORT IN RESPONSE TO NOTICE OF NONCOMPLIANCE – 2

# EXHIBIT 1

# STANDARD TORT CLAIM FORM
General Liability Claim Form #SF 210

Pursuant to Chapter 4.92 RCW, this form is for filing a tort claim against the state of Washington.  Some of the information requested on this form is required by RCW 4.92.100 and may be subject to public disclosure.  Pursuant to the law, Standard Tort Claim forms cannot be submitted electronically (via email or fax).

| For Official Use Only |
| --- |
| **RECEIVED** |
| AUG 0 7 2012 |
| Risk Management Division |

**PLEASE TYPE OR PRINT CLEARLY IN INK**

**Mail or deliver original claim to**   Department of Enterprise Services
Risk Management Division
1500 Jefferson Street SE, MS 41466
Olympia, Washington 98504-1466

*HAND DELIVERED -RMD*

Business Hours: Monday – Friday 8:00 a.m. – 5:00 p.m.
Telephone Number: 360-407-9199
Closed on weekends and official state holidays.

1. Claimant's name: ___ Powell, Susan (W. Dussault   as LGAL) ___ 10/16/1981 ___
   Last name        First      Middle         Date of birth (mm/dd/yyyy)

2. Inmate DOC number (if applicable): __ --

3. Current residential address: __ Unknown. _____

4. Mailing address (if different): c/o Dussault Law Group, 2722 Eastlake Ave. E., Seattle, WA 98102-3794

5. Residential address at the time of the incident: __ Unknown. ____
   (if different from current address)

6. Claimant's daytime telephone number: _206.324.4300 x114 (LGAL)_   _206.324.4300 x114 (LGAL)_
   Home                          Business or Cell

7. Claimant's e-mail address: __ billd@dussaultlaw.com (LGAL) ____

8. Date of the incident: __ -- ____ Time:_____ [ ] a.m. [ ] p.m. (check one)
   (mm/dd/yyyy)

9. If the incident occurred over a period of time, date of first and last occurrences:

   from _12/07/2009_ ____ Time: _____ [ ] a.m. [ ] p.m.
   (mm/dd/yyyy)                      (mm/dd/yyyy)

   to _02/05/2012_ ____ Time: _____ [ ] a.m. [ ] p.m.
   (mm/dd/yyyy)                      (mm/dd/yyyy)

10. Location of incident: Washington, Pierce County ____
    State and county      City, if applicable          Place where occurred



28

11. If the incident occurred on a street or highway:

| Name of street or highway | Milepost number | At the intersection with or nearest intersecting street |
|---|---|---|
| | | |

12. State agency or department alleged responsible for damage/injury:

Department of Social & Health Services

13. Names, addresses and telephone numbers of all persons involved in or witness to this incident:
See attached.

14. Names, addresses and telephone numbers of all state employees having knowledge about this incident:

See attached.

15. Names, addresses and telephone numbers of all individuals not already identified in #13 and #14 above that have knowledge regarding the liability issues involved in this incident, or knowledge of the Claimant's resulting damages. Please include a brief description as to the nature and extent of each person's knowledge. Attach additional sheets if necessary.

See attached.

16. Describe the cause of the injury or damages. Explain the extent of property loss or medical, physical or mental injuries. Attach additional sheets if necessary.

See attached.

29

17. Has this incident been reported to law enforcement, safety or security personnel? If so, when and to whom? Please attach a copy of the report or contact information.

See attached.

18. Names, addresses and telephone numbers of treating medical providers. Attach copies of all medical reports and billings.

See attached

19. Please attach documents which support the allegations of the claim.

20. I claim damages from the state of Washington in the sum of $ 20,000,000

This Claim form must be signed by the Claimant, a person holding a written power of attorney from the Claimant, by the attorney in fact for the Claimant, by an attorney admitted to practice in Washington State on the Claimant's behalf, or by a court-approved guardian or guardian ad litem on behalf of the Claimant.

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Dussault Law Group, 2722 Eastlake Ave East
Seattle, WA 98102, King County

**Signature of Claimant**
William L.E. Dussault, LGAL
*Or*

**Date and place (residential address, city and county)**
James S. Rogers: 1500 4th Ave, #1500, Seattle, WA 98101
Anne Bremner: 1200 5th Ave, #1900, Seattle, WA 98101
King County

**Signature of Representative**
James S. Rogers, Attorney
Anne Bremner, Attorney
**Print Name of Representative**

**Date and place (residential address, city and county)**
James S. Rogers: WSBA # 5335
Anne Bremner: WSBA #13269

Law Offices of James S. Rogers
1500 4th Ave, #1500
Seattle, WA 98101
Phone: 206-486-1200
Email: jsr@jsrogerslaw.com

**Bar Number (if applicable)**

Anne Bremner, PC
1200 5th Ave, #1900
Seattle, WA 98101
Phone: 206-621-8525
Fax: (206) 902-9660
Email:  abremner@freybuck.com
            Bremner.Anne@gmail.com

30

17. Has this incident been reported to law enforcement, safety or security personnel? If so, when and to whom? Please attach a copy of the report or contact information.

See attached.

18. Names, addresses and telephone numbers of treating medical providers. Attach copies of all medical reports and billings.

See attached

19. Please attach documents which support the allegations of the claim.

20. I claim damages from the state of Washington in the sum of $ 20,000,000

This Claim form must be signed by the Claimant, a person holding a written power of attorney from the Claimant, by the attorney in fact for the Claimant, by an attorney admitted to practice in Washington State on the Claimant's behalf, or by a court-approved guardian or guardian ad litem on behalf of the Claimant.

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Dussault Law Group, 2722 Eastlake Ave East
Seattle, WA 98102, King County   8-7-2012

_____
**Signature of Claimant**
William L.E. Dussault, LGAL
*Or*

**Date and place (residential address, city and county)**
James S. Rogers: 1500 4th Ave, #1500, Seattle, WA 98101
Anne Bremner: 1200 5th Ave, #1900, Seattle, WA 98101
King County

_____
**Signature of Representative**
James S. Rogers, Attorney
Anne Bremner, Attorney
**Print Name of Representative**

**Date and place (residential address, city and county)**
James S. Rogers: WSBA # 5335
Anne Bremner: WSBA #13269

**Bar Number (if applicable)**

Law Offices of James S. Rogers
1500 4th Ave, #1500
Seattle, WA 98101
Phone: 206-486-1200
Email: jsr@jsrogerslaw.com

Anne Bremner, PC
1200 5th Ave, #1900
Seattle, WA 98101
Phone: 206-621-8525
Fax: (206) 902-9660
Email: abremner@freybuck.com
Bremner.Anne@gmail.com

31

**STANDARD TORT CLAIM FORM**
General Liability Claim Form #SF 210

## Question 13 - witnesses

| NAME | ADDRESS | TELEPHONE | POSITION | NOTES |
|---|---|---|---|---|
| Elizabeth Griffin-Hall | 7829 Pacific Ave. Tacoma, WA | 253.473.9252 | Visit supervisor | Supervisor at the visit at which the children were killed |
| Forrest Jacobsen | East Pierce County DCFS 1949 S. State St., 2nd Fl. Tacoma, WA 98405 | 253.983.6356 | DSHS Employee SW3 Unit 9 | Head DSHS caseworker |
| Julie Slaughter | East Pierce County DCFS 1949 S. State St., 2nd Fl. Tacoma, WA 98405 | 253.983.6146 | DSHS Employee Intake Supervisor | Supervisory DSHS worker on case |
| Paula Strickland | Strickland & Seferian Co. 7320 30th St. NW Gig Harbor, WA 99335 | 253.265.8852 | Family Preservation Services provider | Expressed concern that Josh Powell was "brainwashing" Charlie |
| James Manley, Ph.D. | Pacific Psychology Services 917 Pacific Ave. Ste. 404 Tacoma, WA 98402 | 253.906.3733 | Lead Psychologist, Pacific Psychology Services | Completed interview for psychological eval of Josh Powell on 10/27/11, completed the main report on 12/09/11 and an addendum on 1/31/12 |
| Arturo P. Gonzalez | Carson Elementary 8615 184th St. East Puyallup, WA 98375 | 253.840.8808 | Principal, Carson Elementary | Referral to CPS for anti-social behavior and anti-Mormon statements |
| Andrea Drake | Carson Elementary 8615 184th St. East Puyallup, WA 98375 | 253.840.8808 | Assistant Principal, Carson Elementary | Referral to CPS for potential child pornography in the home (grandfather, uncle) |

## Question 14 – state employees with knowledge

| NAME | ADDRESS | TELEPHONE | POSITION | NOTES |
|---|---|---|---|---|
| Misty Sebastian | East Pierce County DCFS 1949 S. State St., 2nd Fl. Tacoma, WA 98405 | 250.983.6476 | DSHS Employee SW3 Intake | DSHS worker mentioned in record |

| Scott A. Adams | East Pierce County DCFS 1949 S. State St., 2nd Fl. Tacoma, WA 98405 | 253.983.6324 | DSHS Employee | DSHS employee mentioned in record |
|---|---|---|---|---|
| Susan Quinones | East Pierce County DCFS 1949 S. State St., 2nd Fl. Tacoma, WA 98405 | 253.983.6475 | DSHS Employee SW2 Unit 38 | DSHS employee mentioned in record |
| Rocky Stephenson | East Pierce County DCFS 1949 S. State St., 2nd Fl. Tacoma, WA 98405 | 253.403.7935 | DSHS Employee SW3 Unit 6 | Found concerns of CPS referrs to be "unfounded" (11/30/11) |
| Sherry R. Jackson, SW | | 206.341.7316 | DSHS Employee | DSHS employee mentioned in record |
| Paul H. Evans | | 206.341.7362 | DSHS Employee | DSHS employee mentioned in record |
| Marykay Standish | | 206.341.7377 | DSHS Employee | DSHS employee mentioned in record |
| Ashley Robinson | East Pierce County DCFS 1949 S. State St., 2nd Fl. Tacoma, WA 98405 | 253.983.6111 | DSHS Employee SW1 Intake | DSHS employee mentioned in record |
| Billie Reed-Lyyski, SW | East Pierce County DCFS 1949 S. State St., 2nd Fl. Tacoma, WA 98405 | 253.983.6308 | DSHS Employee Supervisor Unit 41 | DSHS employee mentioned in record |
| Barbara Bofinger | East Pierce County DCFS 1949 S. State St., 2nd Fl. Tacoma, WA 98405 | | DSHS Employee | DSHS employee mentioned in record |
| Cheryl R. Rosenberg | East Pierce County DCFS 1949 S. State St., 2nd Fl. Tacoma, WA 98405 | 253.983.6250 | DSHS Employee Forms & Records Anat. 2 | DSHS employee mentioned in record |
| Brenda J. Severino | East Pierce County DCFS 1949 S. State St., 2nd Fl. Tacoma, WA 98405 | 253.983.6301 | DSHS Employee Court Specialist | CHET worker |
| Jane Wilson | East Pierce County DCFS 1949 S. State St., 2nd Fl. Tacoma, WA 98405 | 253.983.6331 | DSHS Employee SW3 Unit 7 | DSHS employee mentioned in record |
| Traci D. Lerner | East Pierce County DCFS 1949 S. State St., 2nd Fl. Tacoma, WA 98405 | | DSHS Employee | Filled in for Forrest Jacobsen while he was out |

33

| NAME | ADDRESS | TELEPHONE | DSHS Employee / POSITION | NOTES |
|---|---|---|---|---|
| Nancy LeMay | | 253.952.6216 | DSHS Employee | |
| Arturo P. Gonzalez | Carson Elementary 8615 184th St. East Puyallup, WA 98375 | 253.840.8808 | Principal, Carson Elementary | Referral to CPS for anti-social behavior and anti-Mormon statements |
| Andrea Drake | Carson Elementary 8615 184th St. East Puyallup, WA 98375 | 253.840.8808 | Assistant Principal, Carson Elementary | Referral to CPS for potential child pornography in the home (grandfather, uncle) |

Question 15 – all persons with knowledge not already identified

| NAME | ADDRESS | TELEPHONE | POSITION | NOTES |
|---|---|---|---|---|
| Charles Cox | 14916 114th Ave. Ct. East Puyallup, WA 98274 | 253.370.8786 | Maternal grandfather of deceased children | Guardians of Charles and Braden Cox after their removal from their father's care, August 2011 |
| Judy Cox | 14916 114th Ave. Ct. East Puyallup, WA 98274 | 253.370.8786 | Maternal grandmother of deceased children | |
| John S. Powell | 18615 94th Avenue Ct. E. Puyallup, WA 98375 *Last known address* | Unknown. | Paternal uncle | Lived with Josh and the boys at listed address |
| Michael C. Powell | 431 S. 7th St. #2620 Minneapolis, MN 55415 | Unknown. | Paternal uncle | c/o Thomas J. West Krilich, La Porte, West & Lockner, PS 524 Tacoma Ave. S Tacoma, WA 98402-5416 |
| Alina D. Powell | 18615 94th Avenue Ct. E Puyallup, WA 98375 *Last known address* | Unknown. | Paternal aunt | Lived with Josh and the boys at listed address |
| Steven C. Powell | Washington State Department of Corrections | See DOC | Paternal grandfather | Lived with Josh and the boys until arrest in fall 2011 |
| Jennifer R. Graves | 8688 S. 4830 W. West Jordan, UT 84081 | Unknown. | Paternal aunt | Expressed concern regarding the welfare of the boys in Josh's custody |
| Terrica Powell | 8688 S. 4830 W. West Jordan UT 84081 | Unknown. | Paternal grandmother | General knowledge regarding Josh's life |

**QUESTION 16 – description of the cause of the injury or damages**

As a direct and proximate result of the negligent failure of DSHS to monitor, investigate, and act in the children's best interest, the two Powell children suffered abuse, neglect, mistreatment and death while under the care of DSHS. The negligence of DSHS culminated in the death of the children on February 5, 2012 by their father, Josh Powell during a DSHS supervised visit.

**QUESTION 17 – law enforcement contact**

| | | | |
|---|---|---|---|
| Paul Pastor | Pierce County Sherriff's Dept. County-City Building 930 Tacoma Ave. S., First Floor Tacoma, WA 98402 | Sheriff, Pierce County | Head of criminal investigation in Washington; acting in consultation with Utah police |

**QUESTION 18 – medical providers**

| | | | |
|---|---|---|---|
| Pierre Andre Dalumpines, MD | Franciscan Family Medicine 15214 Canyon Road E. Puyallup, WA 98375 | M.D. | Doctor for Powell children |
| Lori Narigi, LCWS | Good Samaritan Behavioral Health 325 E. Pioneer Puyallup, WA 98372 | Counselor, Good Samaritan Behavioral Health | Counselor for both Powell children |
| Thomas Hirota, D.O., FAAD | Cascade Eye and Skin | Osteopathic physician; Fellow of the American Academy of Dermatology | Treated Braden |
| Jennifer Knight, MA, LMHC | 1011 East Main, Suite 450 Puyallup, WA 98372 | Child psychologist | Assisted the police |

35

# EXHIBIT 2



Rob McKenna
# ATTORNEY GENERAL OF WASHINGTON
Torts Claims Investigation
7141 Cleanwater Drive SW • PO Box 40127•Tumwater WA 98504-0127

August 8, 2012

The Law Offices of James S. Rogers

AUG  9 2012

RECEIVED

Anne Bremner, PC
Attorney at Law
1200 5ᵗʰ Avenue #1900
Seattle WA 98101

James S. Rogers
Attorney at Law
1500 4ᵗʰ Ave #1500
Seattle WA 98101

**RE:**   **Claim of Powell, Susan (Dussault, William as LGAL)**
**DRM No. 30070893**

Dear Counsel:

We are in receipt of a copy of your client's claim against the State of Washington in the amount of $20,000,000.00 which was filed with the Office of Risk Management on August 8, 2012. This acknowledgment does not indicate the State's agreement that your claim should be allowed or is legally sufficient. Please be advised that an initial investigation by our office of your claim may take 60-80 days.

Any further correspondence or inquiries you have about the claim should be directed to the undersigned at:

> Office of the Attorney General
> Tort Claims Division
> 7141 Cleanwater Drive SW
> P.O. Box 40127
> Olympia, WA  98504-0127
> Telephone:  (360) 586-6345

Very truly yours,

LEIGH J. SWANSON
Chief Torts Investigator

LJS:tim

37

EXHIBIT 3

E-FILED
IN COUNTY CLERK'S OFFICE
PIERCE COUNTY, WASHINGTON

August 24 2012 8:30 AM

KEVIN STOCK
COUNTY CLERK
NO: 12-2-11389-6

1

2

3

4

5

6

7

8

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
FOR PIERCE COUNTY

9

10

11

12

13

14

15

| | |
|---|---|
| WILLIAM L.E. DUSSAULT AS LGAL FOR SUSAN POWELL, an incapacitated person,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF WASHINGTON, DEPARTMENT OF SOCIAL AND HEALTH SERVICES,<br><br>Defendant. | NO.  12-2-11389-6<br><br>CONFIRMATION OF SERVICE<br><br>(CS / CSSRV) |

16

17

**CS [ ]**      **All the named defendants/petitioners/respondents have been served, have joined or have accepted service in writing.** (Check if appropriate, otherwise check the box below.)

18

19

20

**CSSRV [XX]** **One or more named defendants have not yet been served.**
(If this box is checked, an additional confirmation of service must be filed pursuant to subsection (b) when service is obtained and the following information must be provided.)

21

**The following defendants have been served or have joined or accepted service:**

22

No defendants have joined or accepted service.

23

24

**The following defendants have not yet been served:**

CONFIRMATION OF SERVICE – 1

LAW OFFICES OF JAMES S. ROGERS
1500 Fourth Avenue, Suite 500
Seattle WA  98101
Ph:  206/621-8525  Fax: 206/223-8224

39

1

2    Defendant State of Washington, Department of Social and Health Services has not been served.

3    **Reasons why service has not yet been obtained:**

4    Service has not been obtained because this is a claim against the State of Washington, and RCW 4.92.110 requires that Plaintiff file a Notice of Claim, and the expiration of 60 days

5    after the date of filing of the claim, before an action can be commenced.  The 60 days required by RCW 4.92.110 has not elapsed.  The Notice of Claim was served on August 7, 2012 and the

6    60 days expire on October 8, 2012.  The State of Washington has acknowledged the claim by letter dated August 8, 1012.  The captioned matter was initiated, and cause number assigned, so

7    that a Litigation Guardian Ad Litem could be appointed by the Court, and have the authority to sign the required Notice of Claim form.  The Complaint in this matter is expected to be filed by

8    October 30, 2012.

9    **How service will be obtained:**

10    Service will be obtained by serving upon the Office of Attorney General.

11    **Date by which service is expected to be obtained:**

12    Service is expected to be obtained by November 9, 2012

13    **No other named defendants remain to be served.**

14    DATED this 23rd day of August, 2012.

15

16    LAW OFFICES OF JAMES S. ROGERS

17    s/ Dana A. Henderson
      _____
      James S. Rogers, WSBA #5335

18    Dana A.  Henderson, WSBA #32507
      Attorneys for William L. E. Dussault, LGAL

19    1500 Fourth Avenue, Suite 500
      Telephone:  (206) 621-8525

20    Fax:  (206) 223-8224
      jsr@jsrogerslaw.com

21    dah@jsrogerslaw.com

22

23

24
      CONFIRMATION OF SERVICE – 1                    **LAW OFFICES OF JAMES S. ROGERS**
                                                     1500 Fourth Avenue, Suite 500
                                                     Seattle WA  98101
                                                     Ph:  206/621-8525  Fax: 206/223-8224



FILED
DEPT. 12
OPEN COURT

SEP 2 1 2012

Pierce County Clerk
By _____
DEPUTY

# IN THE SUPERIOR COURT, PIERCE COUNTY, WASHINGTON

WILLIAM L E DUSSAULT

      Plaintiff(s)

      vs.

DEPARTMENT OF SOCIAL AND HEALTH SERVICES

      Defendant(s)

Cause Number: 12-2-11389-6

**MEMORANDUM OF JOURNAL ENTRY**

Page 1 of 2

Judge/Commissioner: STEPHANIE A. AREND
Court Reporter: JAN-MARIE GLAZE
Judicial Assistant/Clerk: Dan Vessels Jr

| | | |
|---|---|---|
| DUSSAULT, WILLIAM L E | JAMES STEVEN ROGERS | Attorney for Plaintiff/Petitioner |
| POWELL, SUSAN | Dana A. Henderson | Attorney for Plaintiff/Petitioner |
| DEPARTMENT OF SOCIAL AND HEALTH SERVICES | | |
| DUSSAULT, WILLIAM L E | | |

Proceeding Set: Noncompliance Hearing
Proceeding Outcome: Continued
    Resolution:

Outcome Date: 09/21/2012 13:45

**Clerk's Scomis Code: HCNTU**
Proceeding Outcome code: **CONT**
Resolution Outcome code:
Amended Resolution code:

# IN THE SUPERIOR COURT, PIERCE COUNTY, WASHINGTON

WILLIAM L E DUSSAULT

vs.

DEPARTMENT OF SOCIAL AND HEALTH SERVICES

Cause Number: 12-2-11389-6
**MEMORANDUM OF
JOURNAL ENTRY**

Page:  2 of  2
Judge/Commissioner:
STEPHANIE A. AREND

## MINUTES OF PROCEEDING

Judicial Assistant/Clerk: Dan Vessels                  Court Reporter:JAN-MARIE GLAZE
**Start Date/Time: 09/21/12 1:44 PM**

September 21, 2012 01:43 PM Attorney Dana Henderson present for Plaintiff in this matter. Attorney Henderson addresses the court regarding Confirmation of Service. Court inqires with Attorney Henderson regarding lack of complaint in this case. Court sets this matter over to November 16th to allow case to come into compliance.

*End Date/Time: 09/21/12 1:45 PM*

JUDGE/COMMISSIONER: STEPHANIE A. AREND   Year 2012



12-2-11389-6  39554003  CME  11-20-12



**FILED**
DEPT. 12
IN OPEN COURT

NOV 1 6 2012

PIERCE COUNTY, Clerk
By_____
DEPUTY

# IN THE SUPERIOR COURT, PIERCE COUNTY, WASHINGTON

WILLIAM L E DUSSAULT

    Plaintiff(s)

vs.

DEPARTMENT OF SOCIAL AND HEALTH SERVICES

    Defendant(s)

Cause Number: 12-2-11389-6

**MEMORANDUM OF JOURNAL ENTRY**

Page 1 of 2

Judge/Commissioner: STEPHANIE A. AREND
Court Reporter: NOT ON RECORD
Judicial Assistant/Clerk: Dan Vessels Jr

---

| | | |
|---|---|---|
| DUSSAULT, WILLIAM L E | JAMES STEVEN ROGERS | Attorney for Plaintiff/Petitioner |
| POWELL, SUSAN | Dana A. Henderson | Attorney for Plaintiff/Petitioner |
| DEPARTMENT OF SOCIAL AND HEALTH SERVICES | | |
| DUSSAULT, WILLIAM L E | | |

---

Proceeding Set: Noncompliance Hearing
Proceeding Outcome: Fail to Appear-Party(ies)
Resolution:

Outcome Date: 11/16/2012 14:38

**Clerk's Scomis Code:HSTKNA**
Proceeding Outcome code:**FTA**
*Resolution Outcome code:*
Amended Resolution code:

# IN THE SUPERIOR COURT, PIERCE COUNTY, WASHINGTON

WILLIAM L E DUSSAULT

vs.

DEPARTMENT OF SOCIAL AND HEALTH SERVICES

Cause Number: 12-2-11389-6
**MEMORANDUM OF**
**JOURNAL ENTRY**

Page:  2 of 2
Judge/Commissioner:
STEPHANIE A. AREND

## MINUTES OF PROCEEDING

Judicial Assistant/Clerk: Dan Vessels          Court Reporter: NOT ON RECORD
**Start Date/Time: 11/16/12 2:38 PM**

November 16, 2012 02:38 PM Court notes the time and parties have failed to appear, court enters Order on Noncompliance in this matter.

**End Date/Time: 11/16/12 2:38 PM**

JUDGE/COMMISSIONER: STEPHANIE A. AREND  Year 2012

12-2-11389-6    39555146    ORNCHG    11-20-12

**IN THE SUPERIOR COURT OF WASHINGTON, COUNTY OF PIERCE**

WILLIAM L E DUSSAULT,

       Plaintiff(s)   ,

    vs.

DEPARTMENT OF SOCIAL AND HEALTH

SERVICES,

       Defendant(s)   .

Cause No:  12-2-11389-6

**Order of Non-Compliance**

**ORNCHG**

This case is out of compliance for the following reasons:

Confirmation of Service – Not Filed          Deadline: August 27, 2012

    The Court set a non-compliance hearing on November 16, 2012, at 1:30 PM and provided notice to the parties; the parties, however, failed to appear at the non-compliance hearing.

    Future proceedings are scheduled in this matter and a trial date of 7/29/2013 9:00:00 AM.  Now, therefore, it is hereby

    ORDERED that this case needs to come into compliance prior to the trial date previously mentioned.

    DATED this 16th day of November, 2012.

JUDGE STEPHANIE A. AREND

cc:   ANNE MELANI BREMNER

**FILED**
DEPT. 12
IN OPEN COURT

NOV 16 2012

PIERCE COUNTY Clerk
By_____
DEPUTY

45

E-FILED
IN COUNTY CLERK'S OFFICE
PIERCE COUNTY, WASHINGTON

November 26 2012 4:15 PM

KEVIN STOCK
COUNTY CLERK
NO: 12-2-11389-6

1

2

3

4

5

6

7

8

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
FOR PIERCE COUNTY

9

| | |
|---|---|
| WILLIAM L.E. DUSSAULT AS LGAL FOR SUSAN POWELL, an incapacitated person, | NO.  12-2-11389-6 |
| Plaintiff, | CONFIRMATION OF JOINDER OF PARTIES, CLAIMS AND DEFENSES |
| v. | Docket Code: CJ, CJN |
| STATE OF WASHINGTON, DEPARTMENT OF SOCIAL AND HEALTH SERVICES, | |
| Defendant. | |

10

11

12

13

14

15

16

17  CJNSC    ☐The parties make the following joint representations:
    (*IF THIS BOX IS CHECKED, THERE WILL NOT BE A STATUS CONFERENCE*)

18

19   1.   This case is not subject to mandatory arbitration. (If it is, this report should not be filed; instead, no later than the deadline for filing this report, a statement of arbitrability should be filed.)

20   2.   No additional parties will be joined.

21   3.   All parties have been served or have accepted service.
     4.   All mandatory pleadings have been filed.

22   5.   No additional claims or defenses will be raised.
     6.   The parties anticipate no problems in meeting the deadlines for disclosing possible witnesses and other subsequent deadlines in the Case Schedule.

23   7.   All parties have cooperated in completing this report.

24

CONFIRMATION OF JOINDER OF
PARTIES, CLAIMS AND DEFENSES – 1

**LAW OFFICES OF JAMES S. ROGERS**
1500 Fourth Avenue, Suite 500
Seattle WA  98101
Ph:  206/621-8525  Fax: 206/223-8224

46

CJ      ☒ The parties do not join in making the foregoing representation, as explained below (if appropriate, check both the box at left and every applicable box below);
*(IF THE BOX ADJACENT TO THE PRECEDING SENTENCE IS CHECKED, THERE **WILL** BE A STATUS CONFERENCE, WHICH ALL PARTIES OR THEIR ATTORNEYS MUST ATTEND.)*

        ☐ An additional party will be joined.
        ☒ A party remains to be served.
        ☒ A mandatory pleading remains to be filed.
        ☐ An additional claim or defense will be raised.
        ☒ One or more parties anticipate a problem in meeting the deadlines for disclosing possible witnesses or other subsequent deadlines in the Case Schedule.
        ☒ Other explanation:

      Service has not been obtained because this is a claim against the State of Washington, and RCW 4.92.110 requires that Plaintiff file a Notice of Claim, and the expiration of 60 days after the date of filing of the claim, before an action can be commenced.  The 60 days required by RCW 4.92.110 has only recently elapsed.  The Notice of Claim was served on August 7, 2012.  The State of Washington has acknowledged the claim by letter dated August 8, 2012.

      The captioned matter was initiated, and cause number assigned, so that a Litigation Guardian Ad Litem could be appointed by the Court, and have the authority to sign the required Notice of Claim form.  The Complaint in this matter is has not yet been filed because it has recently come to plaintiffs' counsels' attention that an additional notice of claim must be filed by the decedents' estate's personal representatives.  This additional notice of claim will be filed by December 3, 2012, which will require another 60 day waiting period before the Complaint may be filed.

      Plaintiffs will also be moving the Court to Amend the Caption of the pending action and to stay all current or pending court deadlines, as the current case management order was promulgated by the clerk of court without a Complaint on file, and it seems untenable for deadlines to be approaching when the personal representatives have not completed the Notice of Claim process.

      In order to obtain the court's direction in the matters described above, the parties will appear at an Initial Status Conference, the date of which (as stated in the Case Schedule) is: The week of December 24, 2012.

    //       //

    //       //

    //       //

CONFIRMATION OF JOINDER OF
PARTIES, CLAIMS AND DEFENSES – 2

**LAW OFFICES OF JAMES S. ROGERS**
1500 Fourth Avenue, Suite 500
Seattle WA  98101
Ph:  206/621-8525  Fax: 206/223-8224

47

1 DATED this 26th day of November 2012.

2 LAW OFFICES OF JAMES S. ROGERS

3 s/ Dana A. Henderson

  James S. Rogers, WSBA #5335

4 Dana A.  Henderson, WSBA #32507

  Attorneys for William L. E. Dussault, LGAL

5 1500 Fourth Avenue, Suite 500

  Telephone:  (206) 621-8525

6 Fax:  (206) 223-8224

  jsr@jsrogerslaw.com

7 dah@jsrogerslaw.com

8

  ANNE BREMNER. P.C.

9

  s/Anne Bremner

10 Anne Bremner, WSBA #13269

  Attorneys for Plaintiff

11 1200 Fifth Avenue

  Suite 1900

12 Seattle, WA  98101

  Telephone:  (206)  486-8000

13 Facsimile:  (206) 902-9660

  abremner@freybuck.com

14 Bremner.Anne@gmail.com

15

16

17

18

19

20

21

22

23

24

CONFIRMATION OF JOINDER OF
PARTIES, CLAIMS AND DEFENSES – 3

21298 11/28/2012 348876

12-2-11389-6    39584780    NONC    11-28-12

# IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
# IN AND FOR PIERCE COUNTY

WILLIAM L E DUSSAULT

                        Plaintiff(s)

                        vs.

DEPARTMENT OF SOCIAL AND HEALTH SERVICES

                        Defendant(s)

No. 12-2-11389-6

**NOTICE OF NONCOMPLIANCE
AND ORDER SETTING
NONCOMPLIANCE HEARING**

---

*Court records indicate that the attorneys and/or parties listed below have failed to comply with the Case Schedule in regard to the following items:*

| | |
|---|---|
| Confirmation of Service - Not Filed - Refer to Pierce County Local Rule 2 | Deadline:  08/27/12 |
| Confirmation of Joinder of Parties, Claims and Defenses - Not Filed | Deadline:  11/26/12 |

You are hereby ORDERED to appear for a hearing at 1:30 pm on Friday, 12/21/12 to comply with the Case Schedule, or deliver a report of the same no later than the time set for the hearing.

The court may impose sanctions or terms for failure to comply with the Case Schedule. If the court finds that an attorney or party has failed to comply with the Case Schedule and has no reasonable excuse, the court may order the attorney or party to pay monetary sanctions to the court, or terms to any other party who has incurred expense as a result of the failure to comply, or both; in addition, the court may impose such other sanctions as justice requires. See PCLR 3 ( j ).

DATED: 11/27/12

Judge Stephanie A. Arend
Department 12
Phone #: 253-798-7562

**Copies mailed to:**
James Steven Rogers
Dana A. Henderson
Anne Melani Bremner

**FILED**
DEPT. 12
IN OPEN COURT

NOV 27 2012

PIERCE COUNTY, Clerk
By_____
DEPUTY

**TO:**
        Superior Court Clerk for Filing
        (Court File Copy)



12-2-11389-6    39618352    NONC    12-04-12

# IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
## IN AND FOR PIERCE COUNTY

WILLIAM L E DUSSAULT

          Plaintiff(s)

          vs.

DEPARTMENT OF SOCIAL AND HEALTH SERVICES

          Defendant(s)

No. 12-2-11389-6

**NOTICE OF NONCOMPLIANCE
AND ORDER SETTING
NONCOMPLIANCE HEARING**

---

Court records indicate that the attorneys and/or parties listed below have failed to comply with the Case Schedule in regard to the following items:

    Confirmation of Service - Not Filed - Refer to Pierce County Local Rule 2     Deadline:   08/27/12
    Confirmation of Joinder of Parties, Claims and Defenses - Not Filed     Deadline:   11/26/12

You are hereby ORDERED to appear for a hearing at 1:30 pm on Friday, 12/21/12 to comply with the Case Schedule, or deliver a report of the same no later than the time set for the hearing.

The court may impose sanctions or terms for failure to comply with the Case Schedule. If the court finds that an attorney or party has failed to comply with the Case Schedule and has no reasonable excuse, the court may order the attorney or party to pay monetary sanctions to the court, or terms to any other party who has incurred expense as a result of the failure to comply, or both; in addition, the court may impose such other sanctions as justice requires. See PCLR 3 ( j ).

DATED: 11/30/12

*Stephanie A. Arend*

Judge Stephanie A. Arend
Department 12
Phone #: 253-798-7562

**Copies mailed to:**
James Steven Rogers
Dana A. Henderson
Anne Melani Bremner

**FILED**
DEPT. 12
IN OPEN COURT
**NOV 3 0 2012**
PIERCE COUNTY Clerk
By
**DEPUTY**

**TO:**
    Superior Court Clerk for Filing
    (Court File Copy)

E-FILED
IN COUNTY CLERK'S OFFICE
PIERCE COUNTY, WASHINGTON

December 03 2012 10:37 AM

KEVIN STOCK
COUNTY CLERK
NO: 12-2-11389-6

## IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
## IN AND FOR PIERCE COUNTY

WILLIAM L E DUSSAULT

        Plaintiff(s),

   vs.

DEPARTMENT OF SOCIAL AND HEALTH SERVICES

        Defendant(s)

NO.  12-2-11389-6

DEMAND FOR JURY
TWELVE (12) PERSON

Comes now the plaintiff(s), by and through the undersigned, pursuant to statute and court rule, hereby demands a jury trial in the above captioned matter and herewith tenders into the registry of the court $250.00, the jury fee required by law.

DATED:  December 03, 2012

/s/ Dana A. Henderson
Dana A. Henderson, #32507

THE LAW OFFICES OF JAMES S. ROGERS
1500 4th Ave Ste 500
SEATTLE, WA 98101-1632
(206) 621-8525

$jdrsup-0001.pdf

51

E-FILED
IN COUNTY CLERK'S OFFICE
PIERCE COUNTY, WASHINGTON

December 18 2012 3:38 PM

KEVIN STOCK
COUNTY CLERK
NO: 12-2-11389-6

THE HONORABLE STEPHANIE A. AREND
DEPARTMENT 5
HEARING DATE: December 21, 2012
TIME: 9:00 a.m.

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
FOR PIERCE COUNTY

| | |
|---|---|
| WILLIAM L.E. DUSSAULT AS LGAL FOR SUSAN POWELL, an incapacitated person,<br><br>               Plaintiff,<br><br>    v.<br><br>STATE OF WASHINGTON, DEPARTMENT OF SOCIAL AND HEALTH SERVICES,<br><br>         Defendant. | NO.  12-2-11389-6<br><br>**NOTE FOR JUDGE'S MOTION DOCKET** |

**TO THE CLERK OF THE SUPERIOR COURT:**

Please take notice that an issue of law in this case will be heard on the date below and the clerk is directed to note this on the appropriate calendar:

      **Pierce County Superior Court, County-City Building – 930 Tacoma Ave. S – Tacoma, WA 98402**

      **JUDGE: The Honorable Stephanie A. Arend**

      **CALENDAR DATE**: Friday, December 21, 2012  TIME: 9:00 am

      **Proceeding Type: MOTION TO SHORTEN TIME TO HEAR PLAINTIFF'S MOTION FOR CR 16 CONFERENCE**

NOTE FOR JUDGE'S MOTION DOCKET

LAW OFFICES OF JAMES S. ROGERS
1500 Fourth Avenue, Suite 500
Seattle WA  98101
Ph:  206/621-8525  Fax: 206/223-8224

52

**WORKING COPIES SHALL BE DELIVERED TO THE COURT PURSUANT TO PCLR 7 (a) (7)**

**PARTY SETTING HEARING SHALL CONFIRM BY NOON, TWO (2) <u>COURT WORKING</u> DAYS PRIOR TO HEARING OR HEARING WILL BE CANCELLED**

**Submitted by:**

DATED this 18th day of December, 2012.

LAW OFFICES OF JAMES S. ROGERS

s/Dana A. Henderson
James S. Rogers, WSBA #5335
Dana Henderson, WSBA #32507
Law Offices of James S. Rogers
1500 4th Avenue, Suite 500
Seattle, Washington 98101
Phone: 206-621-8525
Attorneys for Plaintiffs

NOTE FOR JUDGE'S MOTION DOCKET

**LAW OFFICES OF JAMES S. ROGERS**
1500 Fourth Avenue, Suite 500
Seattle WA  98101
Ph:  206/621-8525  Fax: 206/223-8224

E-FILED
IN COUNTY CLERK'S OFFICE
PIERCE COUNTY, WASHINGTON

December 18 2012 3:38 PM

KEVIN STOCK
COUNTY CLERK
NO: 12-2-11389-6

THE HONORABLE STEPHANIE A. AREND
DEPARTMENT
HEARING DATE: December 21, 2012
TIME: 9:00 a.m.

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
FOR PIERCE COUNTY

| | |
|---|---|
| WILLIAM L.E. DUSSAULT AS LGAL FOR SUSAN POWELL, an incapacitated person,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF WASHINGTON, DEPARTMENT OF SOCIAL AND HEALTH SERVICES,<br><br>Defendant. | NO.  12-2-11389-6<br><br>MOTION TO SHORTEN TIME TO HEAR PLAINTIFF'S MOTION FOR CR 16 CONFERENCE |

## I.    RELIEF REQUESTED

Plaintiff seeks shortened time to hear its Motion for CR 16 Conference, filed contemporaneously herewith.  This will be an unopposed Motion for CR 16 Conference as there is no defendant in this matter.

## II.    BRIEF RELEVANT FACTS

On Thursday, December 13, 2012, Plaintiff attempted to file a Motion for CR 16 Conference electronically, via the Pierce County Superior Court electronic filing system. Declaration of Dana A. Henderson ("Henderson Decl.").  Though the motion was ready in time to

MOTION TO SHORTEN TIME TO HEAR PLAINTIFF'S
MOTION FOR CR 16 CONFERENCE – 1

**LAW OFFICES OF JAMES S. ROGERS**
1500 Fourth Avenue, Suite 500
Seattle WA  98101
Ph:  206/621-8525  Fax: 206/223-8224

1  file per plaintiff's counsel's usual practice and experience with Pierce County's electronic filing

2  system, for an unknown reason, counsel was not able to file the documents and received an error

3  message. *Id.*, Ex. 1.  As such, counsel was unable to file the Motion for CR 16 Conference with

4  six days' notice in order to be heard on Friday, December 21, 2012.  *Id.*

5        This motion to shorten time is necessitated because the Motion for CR 16 Conference

6  should be heard on the morning of Friday, December 21, 2012 in order to hopefully moot and

7  address the issues before the court in the show cause hearing that has been set for the afternoon of

8  Friday, December 21, 2012.  *Id.*

9        The underlying Motion will be unopposed as there is no defendant in this case.  *Id.*

### III.   EVIDENCE RELIED UPON

11        This request is based on the records and pleadings on file herein and the Declaration of

12  Dana A. Henderson ("Henderson Decl.") and the exhibit thereto.

### IV.   LAW AND ARGUMENT

14        PCLR 7(c)(2)(A) provides that a party requesting a motion on hearing for shortened time

15  must submit a declaration in writing to explain why consideration on shortened time  is necessary.

16  Plaintiffs have done so here, and ask that shortened time be granted so that this uncontested motion

17  in a case in which there are no defendants may be heard in the most expedited manner and to

18  preserve judicial efficiency in order to hopefully moot the show cause hearing set for Friday,

19  December 21, 2012.   Plaintiffs attempted to file the underlying motion on time, but were unable

20  to do so due to an unforeseen glitch in Pierce County's electronic filing system.

21

22

23

24

MOTION TO SHORTEN TIME TO HEAR PLAINTIFF'S
MOTION FOR CR 16 CONFERENCE – 2

**LAW OFFICES OF JAMES S. ROGERS**
1500 Fourth Avenue, Suite 500
Seattle WA  98101
Ph:  206/621-8525  Fax: 206/223-8224

1

## V.    CONCLUSION

2      For the foregoing reasons, Plaintiff respectfully requests that this Honorable Court hear

3   Plaintiff's Motion for CR 16 Conference on Friday, December 21, 2012 at 9:00 a.m.

4

5      DATED this 18th day of December, 2012.

6

   LAW OFFICES OF JAMES S. ROGERS

7

8      s/ Dana A. Henderson
   James S. Rogers, WSBA #5335
9   Dana A.  Henderson, WSBA #32507
   Attorneys for William L. E. Dussault, LGAL
10   1500 Fourth Avenue, Suite 500
   Telephone:  (206) 621-8525
11   Fax:  (206) 223-8224
   jsr@jsrogerslaw.com
12   dah@jsrogerslaw.com

13

   ANNE BREMNER. P.C.

14

15      s/Anne Bremner
   Anne Bremner, WSBA #13269
16   Attorneys for Plaintiff
   1200 Fifth Avenue
17   Suite 1900
   Seattle, WA  98101
18   Telephone:  (206)  486-8000
   Facsimile:  (206) 902-9660
19   abremner@freybuck.com
   Bremner.Anne@gmail.com

20

21

22

23

24
   MOTION TO SHORTEN TIME TO HEAR PLAINTIFF'S                LAW OFFICES OF JAMES S. ROGERS
   MOTION FOR CR 16 CONFERENCE – 3                           1500 Fourth Avenue, Suite 500
                                                             Seattle WA  98101
                                                             Ph:  206/621-8525  Fax: 206/223-8224

E-FILED
IN COUNTY CLERK'S OFFICE
PIERCE COUNTY, WASHINGTON

December 18 2012 3:38 PM

KEVIN STOCK
COUNTY CLERK
NO: 12-2-11389-6

1

2   THE HONORABLE STEPHANIE A. AREND
DEPARTMENT 9

3   HEARING DATE: December 21, 2012
TIME: 9:00 a.m.

4

5

6

7

8

9   IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
FOR PIERCE COUNTY

10  WILLIAM L.E. DUSSAULT AS LGAL FOR
SUSAN POWELL, an incapacitated person,

11
                                        Plaintiff,

12

13      v.

14  STATE OF WASHINGTON, DEPARTMENT
OF SOCIAL AND HEALTH SERVICES,

15
                                        Defendant.

16

| NO.  12-2-11389-6 |
| :--- |
| DECLARATION OF DANA A. HENDERSON IN SUPPORT OF MOTION TO SHORTEN TIME TO HEAR PLAINTIFF'S MOTION FOR CR 16 CONFERENCE |

17

18      I, Dana A. Henderson, under penalty of perjury under the laws of the State of

Washington, declare as follows.

19

20      1.      I am over the age of 18 and am competent to testify regarding the matters herein.

I make the following statements based on my personal knowledge.

21

22      2.      I am one of the attorneys for the Plaintiff.

23      3.      On Thursday, December 13, 2012, staff at my office attempted to file a Motion for

24  CR 16 Conference electronically, via the Pierce County Superior Court electronic filing system.

DECLARATION OF DANA A. HENDERSON IN
SUPPORT OF MOTION TO SHORTEN TIME TO HEAR
PLAINTIFF'S MOTION FOR CR 16 CONFERENCE – 1

LAW OFFICES OF JAMES S. ROGERS
1500 Fourth Avenue, Suite 500
Seattle WA  98101
Ph:  206/621-8525  Fax: 206/223-8224

57

4.      Though the motion was ready in time to file per my usual practice and experience with Pierce County's electronic filing system, for an unknown reason, we were not able to file the documents and received a repeated error message.  Attached as EXHIBIT 1 is a true and correct copy of a print-screen of that error message on the final filing attempt.  As such, we were unable to file the Motion for CR 16 Conference with six days' notice in order to be heard on Friday, December 21, 2012.

5.      This motion to shorten time is necessitated because the Motion for CR 16 Conference should be heard on the morning of Friday, December 21, 2012 in order to hopefully moot and address the issues before the court in the show cause hearing that has been set for the afternoon of Friday, December 21, 2012.

6.      The underlying Motion will be unopposed as there is no defendant in this case.

DATED this 18th day of December 2012, in Seattle, Washington.


s/ Dana A. Henderson
DANA A. HENDERSON, WSBA #32507

DECLARATION OF DANA A. HENDERSON IN
SUPPORT OF MOTION TO SHORTEN TIME TO HEAR
PLAINTIFF'S MOTION FOR CR 16 CONFERENCE – 2

LAW OFFICES OF JAMES S. ROGERS
1500 Fourth Avenue, Suite 500
Seattle WA  98101
Ph:  206/621-8525  Fax: 206/223-8224

58



Error

Legal Information Network Exchange

An error occured when you requested this page. We apologize for the inconvenience.

E-FILED
IN COUNTY CLERK'S OFFICE
PIERCE COUNTY, WASHINGTON

December 18 2012 3:38 PM

KEVIN STOCK
COUNTY CLERK
NO: 12-2-11389-6

THE HONORABLE STEPHANIE A. AREND
DEPARTMENT 2
HEARING DATE: December 21, 2012
TIME: 9:00 a.m.

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
FOR PIERCE COUNTY

| | |
|---|---|
| WILLIAM L.E. DUSSAULT AS LGAL FOR SUSAN POWELL, an incapacitated person,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF WASHINGTON, DEPARTMENT OF SOCIAL AND HEALTH SERVICES,<br><br>Defendant. | NO.  12-2-11389-6<br><br>**NOTE FOR JUDGE'S MOTION DOCKET** |

**TO THE CLERK OF THE SUPERIOR COURT:**

Please take notice that an issue of law in this case will be heard on the date below and the clerk is directed to note this on the appropriate calendar:

**Pierce County Superior Court, County-City Building – 930 Tacoma Ave. S – Tacoma, WA 98402**

**JUDGE: The Honorable Stephanie A. Arend**

**CALENDAR DATE**: Friday, December 21, 2012  <u>TIME: 9:00 am</u>

**Proceeding Type: MOTION FOR CR 16 PRETRIAL CONFERENCE**

NOTE FOR JUDGE'S MOTION DOCKET

LAW OFFICES OF JAMES S. ROGERS
1500 Fourth Avenue, Suite 500
Seattle WA  98101
Ph:  206/621-8525  Fax: 206/223-8224

60

**WORKING COPIES SHALL BE DELIVERED TO THE COURT PURSUANT TO PCLR 7 (a) (7)**

**PARTY SETTING HEARING SHALL CONFIRM BY NOON, TWO (2) COURT WORKING DAYS PRIOR TO HEARING OR HEARING WILL BE CANCELLED**

**Submitted by:**

DATED this 18th day of December, 2012.

LAW OFFICES OF JAMES S. ROGERS

s/Dana A. Henderson
James S. Rogers, WSBA #5335
Dana Henderson, WSBA #32507
Law Offices of James S. Rogers
1500 4th Avenue, Suite 500
Seattle, Washington 98101
Phone: 206-621-8525
Attorneys for Plaintiffs

NOTE FOR JUDGE'S MOTION DOCKET

**LAW OFFICES OF JAMES S. ROGERS**
1500 Fourth Avenue, Suite 500
Seattle WA  98101
Ph:  206/621-8525  Fax: 206/223-8224

61

E-FILED
IN COUNTY CLERK'S OFFICE
PIERCE COUNTY, WASHINGTON

December 18 2012 3:38 PM

KEVIN STOCK
COUNTY CLERK
NO: 12-2-11389-6

THE HONORABLE STEPHANIE A. AREND
DEPARTMENT 2
HEARING DATE: December 21, 2012
TIME: 9:00 a.m.

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
FOR PIERCE COUNTY

| | |
|---|---|
| WILLIAM L.E. DUSSAULT AS LGAL FOR SUSAN POWELL, an incapacitated person,<br><br>    Plaintiff,<br><br>  v.<br><br>STATE OF WASHINGTON, DEPARTMENT OF SOCIAL AND HEALTH SERVICES,<br><br>    Defendant. | NO.  12-2-11389-6<br><br>MOTION FOR CR 16 PRETRIAL CONFERENCE |

## I.  RELIEF REQUESTED

Plaintiff seeks an opportunity to discuss the posture of this case and the current case management order with the Court pursuant to CR 16.  This action was commenced in order to appoint a litigation guardian ad litem, and no tort claim has been filed.   A tort claim has not been filed because all potential Plaintiffs have not completed the sixty (60) day waiting period under RCW 4.92.110 for claims against the State of Washington.  Plaintiff seeks the Court's assistance in deciding how to proceed in an orderly fashion with pursuit of tort claims.  A pretrial conference would allow for protection of all parties' interests, including the State's.

MOTION FOR CR 16 PRETRIAL CONFERENCE – 1

LAW OFFICES OF JAMES S. ROGERS
1500 Fourth Avenue, Suite 500
Seattle WA  98101
Ph:  206/621-8525  Fax: 206/223-8224

62

## II.        BRIEF RELEVANT FACTS

The above captioned matter was initiated, and cause number assigned, so that a Litigation Guardian Ad Litem (LGAL) could be appointed by the Court.  Declaration of Dana A. Henderson ("Henderson Decl.").   A LGAL was appointed because the mother who is asserting a claim for wrongful death of her two children is missing or incapacitated.  *Id.*  Plaintiff proceeded in this manner under the advice of the LGAL, out of an abundance of caution, to protect the mother's interest.  *Id.*  The only substantive pleading before the Court has been a Petition to Appoint a Litigation Guardian Ad Litem.  *See* Docket.  No tort claim has been filed.  *Id.*

Upon information and belief, the issuance of the above captioned cause number resulted in an automatically-promulgated case management order and trial date by the Superior Court Clerk's Office.  Henderson Decl.  A show cause hearing is set for December 21, 2012 for failure to meet the deadlines, but there is no need for a trial or related deadlines in the present action because the relief sought – appointment of an LGAL - already has been granted.  Also, many of the deadlines in the current case schedule do not pertain to the present action because it is limited to appointment of a litigation guardian.  If and when tort claims are filed, either as part of this action or in a new action, a new case schedule will be needed.

## III.        EVIDENCE RELIED UPON

This request is based on the records and pleadings on file herein and the Declaration of Dana A. Henderson ("Henderson Decl.") and exhibits thereto.

## IV.        LAW AND ARGUMENT

CR 16 provides for a pretrial conference, in part as follows:

  (a) Hearing Matters Considered. By order, or on the motion of any party, the court may in its discretion direct the attorneys for the parties to appear before it for a conference to consider:

MOTION FOR CR 16 PRETRIAL CONFERENCE – 2

**LAW OFFICES OF JAMES S. ROGERS**
1500 Fourth Avenue, Suite 500
Seattle WA  98101
Ph:  206/621-8525  Fax: 206/223-8224

63

1
      (1) The simplification of the issues;
      (2) The necessity or desirability of amendments to the pleadings;
2
   . . . .
      (5) Such other matters as may aid in the disposition of the action.
3

      (b) Pretrial Order. The court shall make an order which recites the
4
   action taken at the conference, the amendments allowed to the pleadings,
   and the agreements made by the parties as to any of the matters considered,
5
      . . . and such order when entered controls the subsequent course of the action . . .
   .
6   CR 16.  Plaintiff requests a CR 16 conference with the hopes of clarifying case management issues

7   for the benefit of all parties.

8          Counsel also seeks the Court's guidance with regard to disposition and management of the

9   current case management order.  When a Petition to appoint a LGAL was filed, a case

10  management order was issued contemporaneously therewith.  Because the only substantive

11  pleading on file herein is the Petition to appoint a LGAL, presumably, the case management order

12  that is in place governs only that issue, and therefore the case management order that is in place no

13  longer applies.  However, there is a lack of clarity on this point considering that the LGAL has

14  been appointed and yet the case management order is apparently still in effect in the Court's view,

15  as there is a show cause hearing set for December 21, 2012 to address expired deadlines.  If the

16  current case management order is in fact in effect, Plaintiff and any potential Plaintiffs are unable

17  to meet pending case management order deadlines.  In a CR 16 conference, counsel hopes to

18  remedy the fact that the automatically-generated Court deadlines have and will continue to expire

19  while Plaintiff/s are unable to meet those deadlines.  Out of fairness to the State, it should also be

20  noted that once the State is served, the State will be appearing in a case that is well into the pretrial

21  case management order, and the State will not have the benefit of the usual schedule to conduct

22  discovery and prepare for trial.

23

24
   MOTION FOR CR 16 PRETRIAL CONFERENCE – 3          **LAW OFFICES OF JAMES S. ROGERS**
                                                     1500 Fourth Avenue, Suite 500
                                                     Seattle WA  98101
                                                     Ph:  206/621-8525  Fax: 206/223-8224

## V.    CONCLUSION

For the foregoing reasons, Plaintiff would appreciate the opportunity under CR 16 to discuss with the Court the most efficient and effective way to manage this litigation.  Because tort claims have not been filed, the State has not appeared, thus any pretrial conference would be with Plaintiff's counsel only.

DATED this 18th day of December, 2012.


LAW OFFICES OF JAMES S. ROGERS


s/ Dana A. Henderson
James S. Rogers, WSBA #5335
Dana A.  Henderson, WSBA #32507
Attorneys for Plaintiff
1500 Fourth Avenue
Suite 500
Seattle, WA 98101
Telephone:  (206) 621-8525
Facsimile:  (206) 223-8224
jsr@jsrogerslaw.com
dah@jsrogerslaw.com


ANNE BREMNER. P.C.


s/Anne Bremner
Anne Bremner, WSBA #13269
Attorneys for Plaintiff
1200 Fifth Avenue
Suite 1900
Seattle, WA  98101
Telephone:  (206) 486-8000
Facsimile:  (206) 902-9660
abremner@freybuck.com
Bremner.Anne@gmail.com


MOTION FOR CR 16 PRETRIAL CONFERENCE – 4

**LAW OFFICES OF JAMES S. ROGERS**
1500 Fourth Avenue, Suite 500
Seattle WA  98101
Ph:  206/621-8525  Fax: 206/223-8224

E-FILED
IN COUNTY CLERK'S OFFICE
PIERCE COUNTY, WASHINGTON

December 18 2012 3:38 PM

KEVIN STOCK
COUNTY CLERK
NO: 12-2-11389-6

THE HONORABLE STEPHANIE A. AREND
DEPARTMENT 2
HEARING DATE: December 21, 2012
TIME: 9:00 a.m.

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
FOR PIERCE COUNTY

| | |
|---|---|
| WILLIAM L.E. DUSSAULT AS LGAL FOR SUSAN POWELL, an incapacitated person,<br><br>                              Plaintiff,<br><br>           v.<br><br>STATE OF WASHINGTON, DEPARTMENT OF SOCIAL AND HEALTH SERVICES,<br><br>                              Defendant. | NO.  12-2-11389-6<br><br>DECLARATION OF DANA A. HENDERSON IN SUPPORT OF MOTION FOR CR 16 PRETRIAL CONFERENCE |

        I, Dana A. Henderson, under penalty of perjury under the laws of the State of Washington, declare as follows.

        1.      I am over the age of 18 and am competent to testify regarding the matters herein. I make the following statements based on my personal knowledge.

        2.      I am one of the attorneys for the Plaintiff.

        3.      The captioned matter was initiated, and cause number assigned, so that a Litigation Guardian Ad Litem (LGAL) could be appointed by the Court.  A LGAL was appointed because

DECLARATION OF DANA A. HENDERSON IN
SUPPORT OF MOTION FOR CR 16 PRETRIAL
CONFERENCE – 1

LAW OFFICES OF JAMES S. ROGERS
1500 Fourth Avenue, Suite 500
Seattle WA  98101
Ph: 206/621-8525  Fax: 206/223-8224

1   the mother who is asserting a claim for wrongful death of her two children is missing or

2   incapacitated.  We proceeded in this manner under the advice of the LGAL, out of an abundance of

3   caution, to protect the mother's interest.  The only substantive pleading we have filed with the

4   Court has been a Petition to Appoint a Litigation Guardian Ad Litem.

5       4.      It is my understanding that the issuance of the captioned cause number resulted in

6   an automatically-promulgated case management order and trial date by the Superior Court Clerk's

7   Office.

8       5.      A show cause hearing is set for December 21, 2012 for failure to meet the

9   deadlines, but there is no need for a trial or related deadlines in the present action because the relief

10  sought – appointment of an LGAL - already has been granted.  Also, many of the deadlines in the

11  current case schedule do not pertain to the present action because it is limited to appointment of a

12  litigation guardian.  If and when tort claims are filed, either as part of this action or in a new action,

13  a new case schedule will be needed.

14      6.      We would appreciate the opportunity under CR 16 to seek the Court's guidance

15  with regard to disposition and management of the current case management order.

16      DATED this 18th day of December 2012, in Seattle, Washington.

17

18                              s/ Dana A. Henderson
                                DANA A. HENDERSON, WSBA #32507

19

20

21

22

23

24

DECLARATION OF DANA A. HENDERSON IN              **LAW OFFICES OF JAMES S. ROGERS**
SUPPORT OF MOTION FOR CR 16 PRETRIAL             1500 Fourth Avenue, Suite 500
CONFERENCE – 2                                   Seattle WA  98101
                                                 Ph:  206/621-8525  Fax: 206/223-8224

F THE STATE OF WASHINGTON
PIERCE COUNTY

12-2-11389-6   39728171   ORSCS   12-24-12

WILLIAM L E DUSSAULT

Plaintiff(s)

vs

DEPARTMENT OF SOCIAL AND HEALTH SERVICES

Defendant(s)

No. 12-2-11389-6

**ORDER SETTING
CASE SCHEDULE**

Type of Case   WDE
Estimated Trial (days)
Track Assignment   Standard
Assigned Department   12
Docket Code   ORSCS

Mandatory - Court Review Hrg                                                      04/26/13 9.00

**Unless otherwise instructed, ALL Attorneys/Parties shall report to the trial court at 9:00 AM
on the date of trial.**



FILED
DEPT. 12
IN OPEN COURT

DEC 21 2012

PIERCE COUNTY, Clerk
By_____
DEPUTY

### NOTICE TO PLAINTIFF/PETITIONER

If the case has been filed, the plaintiff shall serve a copy of the Case Schedule on the defendant(s) with the summons and complaint/petition  Provided that in those cases where service is by publication the plaintiff shall serve the Case Schedule within five (5) court days of service of the defendant's first response/appearance   If the case has not been filed, but an initial pleading is served, the Case Schedule shall be served within five (5) court days of filing   See PCLR 3

### NOTICE TO ALL PARTIES

All attorneys and parties shall make themselves familiar with the Pierce County Local Rules, particularly those relating to case scheduling   Compliance with the scheduling rules is mandatory and failure to comply shall result in sanctions appropriate to the violation   If a statement of arbitrability is filed, PCLR 3 does not apply while the case is in arbitration

DATED  12/21/12

*Stephanie A Arend*

Judge Stephanie A  Arend
Department 12  (253) 798-7562

68

**IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR PIERCE COUNTY**

| | |
|---|---|
| WILLIAM L E DUSSAULT | No. 12-2-11389-6 |
| Plaintiff(s) | **ORDER SETTING CASE SCHEDULE** |
| vs | Type of Case  WDE |
| | Estimated Trial (days) |
| DEPARTMENT OF SOCIAL AND HEALTH SERVICES | Track Assignment  Standard |
| Defendant(s) | Assigned Department  12 |
| | Docket Code  ORSCS |

CC:   DEPARTMENT OF SOCIAL AND HEALTH SERVICES, PRO SE (Self-Represented)
      WILLIAM L E DUSSAULT, PRO SE (Self-Represented)
      ANNE MELANI BREMNER, Atty
      Dana A. Henderson, Atty
      JAMES STEVEN ROGERS, Atty



12-2-11389-6   39728164   CME   12-24-12

# IN THE SUPERIOR COURT, PIERCE COUNTY, WASHINGTON

WILLIAM L E DUSSAULT

      Plaintiff(s)

    vs

DEPARTMENT OF SOCIAL AND HEALTH SERVICES

      Defendant(s)

Cause Number 12-2-11389-6

**MEMORANDUM OF JOURNAL ENTRY**

Page 1 of 2

Judge/Commissioner  STEPHANIE A  AREND

Court Reporter  JAN-MARIE GLAZE

Judicial Assistant/Clerk.  Dan Vessels Jr

| | | |
|---|---|---|
| DUSSAULT, WILLIAM L E | JAMES STEVEN ROGERS | Attorney for Plaintiff/Petitioner |
| POWELL, SUSAN | Dana A  Henderson | Attorney for Plaintiff/Petitioner |
| DEPARTMENT OF SOCIAL AND HEALTH SERVICES | | |
| DUSSAULT, WILLIAM L E | | |

Proceeding Set  Noncompliance Hearing

Proceeding Outcome  Review Held

    Resolution

Outcome Date. 12/21/2012 13 47

**Clerk's Scomis Code:RVWHRG**

Proceeding Outcome code **RVWHRG**

Resolution Outcome code

Amended Resolution code

FILED
DEPT. 12
IN OPEN COURT

DEC 21 2012

PIERCE COUNTY Clerk
By
DEPUTY

70

# IN THE SUPERIOR COURT, PIERCE COUNTY, WASHINGTON

WILLIAM L E DUSSAULT

vs

DEPARTMENT OF SOCIAL AND HEALTH SERVICES

Cause Number  12-2-11389-6
**MEMORANDUM OF
JOURNAL ENTRY**

Page    2 of 2
Judge/Commissioner
STEPHANIE A  AREND

MINUTES OF PROCEEDING

Judicial Assistant/Clerk  Dan Vessels          Court Reporter JAN-MARIE GLAZE
**Start Date/Time: 12/21/12 1:45 PM**

December 21, 2012 01:45 PM Attorney Dana Henderson present for Plaintiff in this matter.
Attorney Henderson addresses court regarding the status of this case  Court reviews reason
for noncompliance with parties  Court strikes case schedule and sets Mandatory Court
Review for April 26th.

**End Date/Time: 12/21/12 1:47 PM**

JUDGE/COMMISSIONER  STEPHANIE A  AREND  Year 2012

71

E-FILED
IN COUNTY CLERK'S OFFICE
PIERCE COUNTY, WASHINGTON

April 01 2013 8:30 AM

KEVIN STOCK
COUNTY CLERK
NO: 12-2-11389-6

THE HONORABLE STEPHANIE A. AREND

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
FOR PIERCE COUNTY

| | |
|---|---|
| JUDITH COX and CHARLES COX individually and as Personal Representatives of the Estates of C.J.P. and B.T.P., <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF WASHINGTON, DEPARTMENT OF SOCIAL AND HEALTH SERVICES, <br><br> Defendant. | NO.   12-2-11389-6 <br><br> SUMMONS |

TO: DEFENDANT:

A lawsuit has been started against you in the above-entitled court by the Plaintiff herein. Plaintiff's claims are stated in the written Complaint, a copy of which is served upon you with this Summons.

In order to defend against this lawsuit, you must respond to the Complaint by stating your defense in writing, and serve a copy upon the person signing this Summons within twenty (20) days after the service of this Summons, excluding the day of service, or a default judgment may be entered against you without notice. A default judgment is one where the plaintiff is entitled to

SUMMONS – 1

LAW OFFICES OF JAMES S. ROGERS
1500 Fourth Avenue, Suite 500
Seattle WA 98101
Ph:  206/621-8525  Fax: 206/223-8224

72

1  what s/he asks for because you have not responded.  If you serve a Notice of Appearance on the

2  undersigned person, you are entitled to notice before a default judgment may be entered.

3       You may demand that the Plaintiff file this lawsuit with the court.  If you do so, the

4  demand must be in writing and must be served upon the person signing this summons.  Within

5  14 days after you serve the demand, the plaintiff must file this lawsuit with the court, or the

6  service upon you of this Summons and Complaint for Damages will be void.

7       If you wish to seek the advice of an attorney in this matter, you should do so promptly so

8  that your written response, if any, may be served in time.

9       This Summons is issued pursuant to Rule 4 of the Superior Court Civil Rules of the State

10  of Washington.

11       DATED this 1st day of April, 2013.

12

13       LAW OFFICES OF JAMES S. ROGERS

14       s/ James S. Rogers
     James S. Rogers, WSBA #5335

15       Dana A.  Henderson, WSBA #32507
     Elizabeth J. Donaldson, WSBA #45291

16       Attorneys for Plaintiffs
     1500 Fourth Avenue

17       Suite 500
     Seattle, WA 98101

18       Telephone:  (206) 621-8525
     Facsimile:  (206) 223-8224

19       jsr@jsrogerslaw.com
     dah@jsrogerslaw.com

20       liz@jsrogerslaw.com

21  / / /

22  / / /

23  / / /

24  SUMMONS – 2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

FREY BUCK, P.S.


s/ Anne Bremner
Anne Bremner, WSBA #13269
Evan Bariault, WSBA #42867
Attorneys for Plaintiffs
1200 Fifth Avenue
Suite 1900
Seattle, WA  98101
Telephone:  (206) 486-8000
Facsimile:  (206) 902-9660
abremner@freybuck.com
ebariault@freybuck.com

SUMMONS – 3

E-FILED
IN COUNTY CLERK'S OFFICE
PIERCE COUNTY, WASHINGTON

April 01 2013 8:30 AM

KEVIN STOCK
COUNTY CLERK
NO: 12-2-11389-6

THE HONORABLE STEPHANIE A. AREND

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
FOR PIERCE COUNTY

| | |
|---|---|
| JUDITH COX and CHARLES COX individually and as Personal Representatives of the Estates of C.J.P. and B.T.P., <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF WASHINGTON, DEPARTMENT OF SOCIAL AND HEALTH SERVICES, <br><br> Defendant. | NO.   12-2-11389-6 <br><br> COMPLAINT FOR DAMAGES |

Plaintiffs allege as follows:

## I.  **PARTIES**

1.      Plaintiffs Judith Cox and Charles Cox are and, at all times material were, residents of Pierce County, Washington.

2.      Plaintiffs Judith Cox and Charles Cox are the duly appointed Personal Representatives (Administrators) of the Estates of C.J.P. and B.T.P. by Order of the Superior Court of Pierce County dated March 12, 2012 (Pierce County Cause No. 12-4-00371-1) and, as

COMPLAINT – 1

LAW OFFICES OF JAMES S. ROGERS
1500 Fourth Avenue, Suite 500
Seattle WA  98101
Ph: 206/621-8525  Fax: 206/223-8224

1   such, are authorized to commence and maintain this action on behalf of the Estates of C.J.P. and

2   B.T.P. and the statutory beneficiaries.

3       3.    Defendant State of Washington, Department of Social and Health Services

4   (hereinafter referred to as "DSHS") is a department/agency of the State of Washington.  Among

5   other things, DSHS is responsible under the laws of the State of Washington for the licensing

6   and monitoring of foster homes, the operation of the foster care system, monitoring placements

7   of foster children, monitoring supervised visitations, and for the health, safety and welfare of

8   children in its custody.

9       4.    There are various agencies, sub-agencies, divisions, and programs that fall within

10   the purview of DSHS.  In this action, there were agencies, sub-agencies, divisions, and programs

11   that acted on behalf of, and/or were to be utilized by DSHS to protect and care for children who

12   are wards of the State of Washington.  These various agencies, sub-agencies, divisions, and

13   programs include, but are not limited to, the Department of Child Protective Services ("CPS")

14   and the Division of Children and Family Services ("DCFS").

15       5.    When not otherwise specified herein, the State of Washington, Department of

16   Health and Social Services and its agents, agencies, sub-agencies, divisions, and programs are

17   herein collectively referred to as "DSHS."

18          **II.**    **JURISDICTION, VENUE, AND STATUTORY COMPLIANCE**

19       6.    Most of the conduct alleged herein occurred in Pierce County, Washington;

20   therefore, jurisdiction and venue are proper in Pierce County, Washington.

21       7.    Tort claims were filed in this matter pursuant to RCW 4.92, *et seq*., and sixty (60)

22   days have gone by since a notice of claim was properly served on the State of Washington

23   without resolution of the claims.

24

COMPLAINT – 2

**LAW OFFICES OF JAMES S. ROGERS**
1500 Fourth Avenue, Suite 500
Seattle WA  98101
Ph:  206/621-8525  Fax: 206/223-8224

### III.    FACTS

8.      On or about September 22, 2011, Susan Powell's two minor children, C.J.P., age 7, and B.T.P., age 5, were placed under the control and protective custody of CPS, DSHS, and/or DCFS.

9.      Upon information and belief, DSHS immediately placed C.J.P. and B.T.P. into foster care within the family home of Jay and Carolee Hall.

10.     On or about September 27, 2011, DSHS transferred C.J.P. and B.T.P. to the care of their maternal grandparents, Charles and Judith Cox.

11.     On or around October 4, 2011, DSHS began allowing C.J.P. and B.T.P.'s father, Josh Powell, to have DSHS supervised visitations with C.J.P. and B.T.P. in Josh Powell's home.

12.     On or around February 5, 2012, during a DSHS supervised visit, Josh Powell killed C.J.P., B.T.P., and himself.

### IV.    FIRST CAUSE OF ACTION:
### NEGLIGENCE

13.     Plaintiffs incorporate all paragraphs of this Complaint as if fully set forth under this count, and further allege:

14.     DSHS was, at all times material to this action, charged with the protection and care of C.J.P. and B.T.P. and, as such, had a special protective relationship with C.J.P. and B.T.P.

15.     DSHS had a duty to protect and care for C.J.P. and B.T.P. by properly interviewing, screening, and thoroughly investigating Josh Powell before allowing him visitation with C.J.P. and B.T.P.

16.     DSHS negligently failed to protect and care for C.J.P. and B.T.P. by failing to properly interview, screen, and thoroughly investigate Josh Powell before allowing him

COMPLAINT – 3

LAW OFFICES OF JAMES S. ROGERS
1500 Fourth Avenue, Suite 500
Seattle WA  98101
Ph:  206/621-8525  Fax: 206/223-8224

77

1  visitation with C.J.P. and B.T.P.

2  17.  DSHS had a non-delegable duty and responsibility to interview, assess, screen,

3  investigate, and/or refer any allegations of neglect, inappropriate conduct, and/or abuse

4  concerning Josh Powell to the correct investigative body, to monitor the Powell home and

5  environment, and to ensure that Josh Powell's visitations with C.J.P. and B.T.P. complied with

6  the applicable statutes and regulations, and/or to otherwise protect the physical and emotional

7  well-being of C.J.P. and B.T.P.

8  18.  DSHS negligently failed to properly interview, assess, screen, investigate, and/or

9  refer any allegations of neglect and/or abuse concerning Josh Powell to the correct investigative

10  body, and to monitor the Powell home and environment.

11  19.  DSHS had a duty to properly supervise, monitor, and investigate Josh Powell,

12  given that it knew or should have known he presented a risk of harm to C.J.P. and B.T.P.

13  20.  DSHS negligently failed to properly supervise, monitor, and investigate Josh

14  Powell.

15  21.  DSHS had a duty to provide stable visitation for C.J.P. and B.T.P.

16  22.  DSHS negligently breached its duty to provide a stable visitation for C.J.P. and

17  B.T.P.

18  23.  DSHS had a duty to properly train, inform, assist, and provide resources to

19  caseworkers and other DSHS personnel.

20  24.  DSHS negligently breached its duty by failing to properly train, inform, assist,

21  and provide resources to caseworkers and other DSHS personnel, and by such other malfeasance

22  or nonfeasance.

23  25.  C.J.P. and B.T.P.'s deaths were a direct and proximate result of the wrongful acts

24

COMPLAINT – 4

LAW OFFICES OF JAMES S. ROGERS
1500 Fourth Avenue, Suite 500
Seattle WA  98101
Ph:  206/621-8525  Fax: 206/223-8224

and omissions of Defendant as set forth above.

26.    As a result of the deaths of C.J.P. and B.T.P., which were a direct and proximate result of the wrongful acts and omissions of Defendant as set forth above, Plaintiffs sustained damages pursuant to RCW 4.20.010, 4.20.020, 4.20.046, and 4.20.060.

27.    Such wrongful acts and omissions of Defendant caused Plaintiffs to suffer economic loss by reason of the deaths of C.J.P. and B.T.P.

### V.    SECOND CAUSE OF ACTION:
### VIOLATION OF APPLICABLE STATUTES GUIDELINES AND POLICIES

28.    Plaintiffs incorporate all paragraphs of this Complaint as if fully set forth under this count, and further allege:

29.    C.J.P. and B.T.P., under the common law and Washington State statutes, had a need and right to safe visitation and Defendant was required by law to provide such a safe, permanent and stable home, environment, and visitations.

30.    Defendant had a duty to adhere to and comply with all statutes and provisions that pertained to the care and protection of C.J.P. and B.T.P. and all relevant administrative guidelines and applicable departmental and divisional policies related thereto.

31.    Defendant failed to adhere to and comply with all statutes and provisions that pertained to the care and protection of C.J.P. and B.T.P. and all relevant administrative guidelines and applicable departmental and divisional policies related thereto.

32.    The failure of Defendant to comply with its statutory obligations as set forth herein was a direct and proximate cause of the wrongful deaths of C.J.P. and B.T.P.

33.    As a direct and proximate result of the failure of Defendant to comply with its statutory obligations, Plaintiffs suffered economic loss by reason of the deaths of C.J.P. and B.T.P.

COMPLAINT – 5

**LAW OFFICES OF JAMES S. ROGERS**
1500 Fourth Avenue, Suite 500
Seattle WA  98101
Ph:  206/621-8525  Fax: 206/223-8224

34.     As a direct and proximate result of the conduct of Defendant as set forth above, Plaintiffs sustained damages as a result of the deaths of C.J.P. and B.T.P. pursuant to RCW 4.20.010, 4.20.020, 4.20.046, and 4.20.060.

## VI.     THIRD CAUSE OF ACTION:
## VIOLATIONS OF CIVIL RIGHTS UNDER 42 U.S.C. § 1983

35.     Plaintiffs incorporate all paragraphs of this Complaint as if fully set forth under this count, and further allege:

36.     Each of the above-described acts of Defendant was carried out under color of State law and pursuant to the policy and practice of Defendant.

37.     Defendant owed a duty to C.J.P. and B.T.P. to protect and care for C.J.P. and B.T.P. as set forth herein.

38.     Defendant failed to adequately protect and care for C.J.P. and B.T.P. as set forth herein.

39.     Such failure was due to the deliberate indifference of Defendant to the danger posed to C.J.P. and B.T.P. by inadequately protecting and caring for C.J.P. and B.T.P. as set forth herein.

40.     The failure of Defendant to adequately protect and care for C.J.P. and B.T.P., as set forth herein, was a direct and proximate cause of the deaths of C.J.P. and B.T.P.

41.     By failing to adequately protect and care for C.J.P. and B.T.P. as set forth herein, Defendant violated C.J.P. and B.T.P.'s rights not to be deprived of life without due process of the law as protected by the Fifth and Fourteenth Amendments to the United States Constitution.

42.     By failing to adequately protect and care for C.J.P. and B.T.P., as set forth herein, Defendant violated the rights of Plaintiffs Charles Cox and Judith Cox to enjoy the continued society and companionship of their grandchildren, a family relationship protected by the

COMPLAINT – 6

**LAW OFFICES OF JAMES S. ROGERS**
1500 Fourth Avenue, Suite 500
Seattle WA  98101
Ph:  206/621-8525  Fax: 206/223-8224

1   Fourteenth Amendment.

2       43.     As a direct and proximate result of Defendant depriving Charles Cox, Judith Cox,

3   C.J.P., and B.T.P. of their constitutionally protected rights, Plaintiffs suffered general and

4   special damages and are entitled to relief pursuant to 42 U.S.C. § 1983.

5                           **VII.    <u>DAMAGES</u>**

6       44.     As a direct and proximate result of Defendant's fault, wrongful acts, and

7   omissions, Charles Cox, Judith Cox, C.J.P., and B.T.P. have suffered severe and permanent

8   harm, entitling Plaintiffs to recover special and general damages.

9       45.     As a direct and proximate result of Defendant's fault and wrongful acts and

10  omissions, as set forth herein, Plaintiffs suffered economic loss by reason of the deaths of C.J.P.

11  and B.T.P.

12      46.     As a direct and proximate result of Defendant's fault and wrongful acts and

13  omissions, as set forth herein, Plaintiffs sustained damages pursuant to RCW 4.20.010,

14  4.20.020, 4.20.046, and 4.20.060.

15      47.     As a direct and proximate result of Defendant's fault and wrongful acts and

16  omissions, C.J.P. and B.T.P. suffered extreme conscious pain and suffering and injuries.

17      48.     As a direct and proximate result of Defendant's fault and wrongful acts and

18  omissions, as set forth herein, Defendant violated the Constitutional rights of C.J.P. and B.T.P.

19  not to be deprived of life without due process of the law and, as such, C.J.P. and B.T.P. suffered

20  severe mental, physical, and emotional pain.

21      49.     As a direct and proximate result of Defendant's fault and wrongful acts and

22  omissions, as set forth herein, Defendant violated the Constitutional rights of Charles Cox and

23  Judith Cox to enjoy the continued society and companionship of their grandchildren and, as

24

COMPLAINT – 7                          **LAW OFFICES OF JAMES S. ROGERS**
                                       1500 Fourth Avenue, Suite 500
                                       Seattle WA  98101
                                       Ph:  206/621-8525  Fax: 206/223-8224