The Honorable Ronald B. Leighton
United States District Judge

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JUDITH COX and CHARLES COX individually and as Personal Representatives of the Estates of C.J.P. and B.T.P.,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF WASHINGTON, DEPARTMENT OF SOCIAL AND HEALTH SERVICES, FOREST JACOBSON, ROCKY STEPHENSON, JANE WILSON, and BILLIE REED-LYYSKI,<br><br>Defendants. | NO. 14-05923RBL<br><br>**DECLARATION OF EVAN BARIAULT IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT TO STRIKE DEFENDANTS' AFFIRMATIVE DEFENSES NOS. 1, 2, 3, 4, 10, 11 & 12.** |

I, Evan Bariault, hereby declare as follows:

1. I am an attorney of record for plaintiffs. I make this declaration based on personal knowledge and am competent to testify to the matters contained herein.

2. Attached hereto as exhibits are true and correct copies of the following:

**Exhibit 1** – DSHS Intake Forms/Documents (PLA 000014-16; 000019-21; 000024-26; 000029-31).

DECLARATION OF EVAN BARIAULT IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT - 1

{00145725;1}

FREY BUCK, P.S.
1200 FIFTH AVENUE, SUITE 1900
SEATTLE, WA 98101
P: (206) 486-8000 F: (206) 902-9660

| | | |
|---|---|---|
| **Exhibit 2** – | Note entered by Julie Slaughter on June 28, 2011 (Cox 01010041). | |
| **Exhibit 3** – | DSHS Intake Form/Documents (PLA 000034-38). | |
| **Exhibit 4** – | Administrative Report of Incident (Pages 1-4) | |
| **Exhibit 5** – | Note entered by Rocky Stephenson (Cox 01010058). | |
| **Exhibit 6** – | Excerpts from the Deposition of Rocky Stephenson. | |
| **Exhibit 7** – | Notes regarding initial visit with Powell children after removal from Steven Powell's residence. (Cox 01010059-66). | |
| **Exhibit 8** – | Excerpts from the Deposition of Billie Reed-Lyyski. | |
| **Exhibit 9** – | Declaration of Detective Gary Sanders dated August 4, 2014. | |
| **Exhibit 10** – | Declaration of Detective Teresa Berg dated August 27, 2014. | |
| **Exhibit 11** – | Excerpts from the Deposition of John Long. | |
| **Exhibit 12** – | Excerpts from the Deposition of Betsy Rodgers. | |
| **Exhibit 13** – | Visiting Plans dated September 27, 2011 and December 29, 2011. (PLA 000280-284; Cox 06020257-261). | |
| **Exhibit 14** – | DSHS Parent-Child-Sibling Visiting Policy. (Cox 01130441-444). | |
| **Exhibit 15** – | DSHS Social Worker Practice Guide – Visits Between Parent[s], Child[ren] and Siblings. (Cox 01160001-015). | |
| **Exhibit 16** – | Excerpts from Transcript of Shelter Care Hearing held on September 28, 2011. | |
| **Exhibit 17** – | Shelter Care Order entered on September 28, 2011. (PLA 000081-91). | |
| **Exhibit 18** – | Order of Dependency entered on October 26, 2011. (PLA 000092-100). | |
| **Exhibit 19** – | Rocky Stephenson notes regarding interview with Jennifer Graves. (Cox 01010074-75). | |
| **Exhibit 20** – | Declaration of Jennifer Graves dated August 4, 2014. | |

DECLARATION OF EVAN BARIAULT IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT - 2

{00145725;1}

FREY BUCK, P.S.
1200 FIFTH AVENUE, SUITE 1900
SEATTLE, WA 98101
P: (206) 486-8000 F: (206) 902-9660

**Exhibit 21** – Email from Nancy LeMay to Forest Jacobson dated October 17, 2011. (Cox 01320860-862).

**Exhibit 22** – Structured Decision Making Risk Assessment. (PLA 000554-557).

**Exhibit 23** – Correspondence from Department of Labor and Industries.

**Exhibit 24** – Stephenson notes regarding Child Pornography Images (Cox 01010255).

**Exhibit 25** – Jacobson notes regarding Josh Powell's visit with children's therapist. (Cox 01010324-325).

**Exhibit 26** – Email from Julio Serrano to Forest Jacobson dated December 9, 2011. (Cox/Powell Email Review 000184).

**Exhibit 27** – Notes entered by Forest Jacobson regarding communications with Family Preservations Services Staff about the boys' statements and behavior. (Cox 01010188; 01010322).

**Exhibit 28** – Declaration of Charles Cox dated August 1, 2014.

**Exhibit 29** – Email from Forest Jacobson to FCRN, including Griffin-Hall dated September 29, 2011. (Cox 01010071).

**Exhibit 30** – Excerpts from the Deposition of Elizabeth Griffin-Hall.

**Exhibit 31** – Excerpts from the Deposition of Forest Jacobson.

**Exhibit 32** – PCV Visit Report Form dated October 2, 2011. (Cox 01011180-183).

**Exhibit 33** – PCV Visit Report Forms Dated October 9, 2011; October 16, 2011; October 23, 2011 and October 30, 2011. (Cox 01011184-197).

**Exhibit 34** – PCV Visit Report Form dated November 27, 2011. (Cox 01011488-490).

**Exhibit 35** – Individual Service and Safety Plans dated October 24, 2011 and January 5, 2012. (PLA 000384; 000395; 000400; 000411; 000416; 000429-430; 000435; 000448-449).

**Exhibit 36** – Numerous notes entered by Forest Jacobson. (Cox 01010142-143; 01010160-62; 01010215; 01010315; 01010359-60; 01010366; 01010386).

**Exhibit 37** – PCV Visit Report Form dated November 6, 2011. (Cox 01011491-493).

DECLARATION OF EVAN BARIAULT IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT - 3

{00145725;1}

FREY BUCK, P.S.
1200 FIFTH AVENUE, SUITE 1900
SEATTLE, WA 98101
P: (206) 486-8000 F: (206) 902-9660

**Exhibit 38** – Declaration of Forest Jacobson dated June 26, 2014.

**Exhibit 39** – Psychological Evaluation completed by Dr. Manley. (PLA 000181-202).

**Exhibit 40** – Note entered by Jacobson regarding her and Manley getting lost on way to Josh Powell's residence. (Cox 01010233-34).

**Exhibit 41** – Email from Jacobson to Josh Powell dated November 1, 2011. (Cox 01010208).

**Exhibit 42** – Note entered by Stephenson regarding CPS investigation. (Cox 01010289-90).

**Exhibit 43** – Email from Jacobson to Serrano regarding increased visitation and notes regarding same. (Cox 01010295-96).

**Exhibit 44** – Note entered by Jacobson on December 9, 2011. (Cox 01010324-25).

**Exhibit 45** – Notes entered by Jacobson regarding concerns surrounding increased visitation time. (Cox 01010147; 01010223; 01010267; 01010272; 01010300-01).

**Exhibit 46** – Email from Tim Atkins to Jacobson. (Cox 01010410).

**Exhibit 47** – Jacobson notes regarding Dr. Manley report. (Cox 01011856-57).

**Exhibit 48** – Addendum to Manley Report. (PLA 000207-210).

**Exhibit 49** – Email from Jacobson to Josh Powell dated January 4, 2012. (Cox 01010352).

**Exhibit 50** – Declaration of Forest Jacobson dated January 17, 2012.

**Exhibit 51** – February 1, 2012 Orders. (Cox 01011918-919; 01011921-922).

**Exhibit 52** – Declaration of Jane Ramon without exhibits dated August 4, 2014.

**Exhibit 53** – Elizabeth Griffin-Hall written statement dated February 5, 2012.

**Exhibit 54** – Autopsy Reports for C.J.P. and B.T.P. (PLA 003978-979; 003992-993).

**Exhibit 55** – Pierce County Sheriff Incident Report.

**Exhibit 56** – Transcript of Emergency Recorded Calls.

DECLARATION OF EVAN BARIAULT IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT - 4

{00145725;1}

FREY BUCK, P.S.
1200 FIFTH AVENUE, SUITE 1900
SEATTLE, WA 98101
P: (206) 486-8000 F: (206) 902-9660

1     **Exhibit 57** –   Declaration of Anne Ganley dated July 1, 2014 with exhibits A-C.

2     **Exhibit 58** –   Excerpts from the Deposition of Jane Wilson.

3     **Exhibit 59** –   Excerpts from the Deposition of Julio Serrano.

4     **Exhibit 60** –   Case note entered by Forest Jacobson. (Cox 01010388).

I DECLARE UNDER PENALTY OF PERJURY OF THE LAWS OF THE UNITED STATES THAT THE FOREGOING IS TRUE AND CORRECT.

/s/ Evan Bariault
Evan D. Bariault, WSBA #42867

DECLARATION OF EVAN BARIAULT IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT - 5

{00145725;1}

FREY BUCK, P.S.
1200 FIFTH AVENUE, SUITE 1900
SEATTLE, WA 98101
P: (206) 486-8000 F: (206) 902-9660

## Certificate of Service

I certify that on the date noted below I electronically filed this document entitled with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following persons:

| | |
|---|---|
| Joseph M. Diaz, WSBA #16170 | James S. Rogers, WSBA #5335 |
| josephd@atg.wa.gov | jsr@jsrogerslaw.com |
| Peter Helmberger, WSBA #23041 | Cheryl L. Snow, WSBA #26757 |
| peterh@atg.wa.gov | csnow@jsrogerslaw.com |
| Jodie@atg.wa.gov | Elizabeth J. Donaldson, WSBA #45291 |
| Jennym@atg.wa.gov | liz@jsrogerslaw.com |
| TORTacEF@atg.wa.gov | Dawn@jsrogerslaw.com |
| Office of the Attorney General | Law Offices of James S. Rogers |
| 1250 Pacific Street, Suite 105 | 1500 Fourth Avenue, Suite 500 |
| Post Office Box 2317 | Seattle, WA 98101 |
| Tacoma, WA 98401 | (206) 621-8525 |
| (253) 593-5243 | FAX: (206) 223-8224 |
| *Attorneys for Defendant* | *Attorneys for Plaintiffs* |

DATED this 7th day of June, 2015, at Seattle, Washington.

                                            /s/ Evan Bariault

DECLARATION OF EVAN BARIAULT IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT - 6

{00145725;1}

FREY BUCK, P.S.
1200 FIFTH AVENUE, SUITE 1900
SEATTLE, WA 98101
P: (206) 486-8000 F: (206) 902-9660