The Honorable Ronald B. Leighton

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| JUDITH COX and CHARLES COX individually and as Personal Representatives of the Estates of C.J.P. and B.T.P., <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF WASHINGTON, DEPARTMENT OF SOCIAL AND HEALTH SERVICES, FOREST JACOBSON, ROCKY STEPHENSON, JANE WILSON, and BILLIE REED-LYYSKI, <br><br> Defendants. | NO. 14-05923RBL <br><br> DECLARATION OF PETER J. HELMBERGER IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

PETER J. HELMBERGER hereby declares under penalty of perjury under the laws of the state of Washington that the following is true and correct:

1. I am over the age of 18, competent to testify as to the matters stated herein and make this declaration based on my personal knowledge. I am one of the Assistant Attorneys General assigned to represent the State of Washington in this case.

DECLARATION OF PETER J. HELMBERGER IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
Case No. 14-05923 RBL

1

OFFICE OF THE ATTORNEY GENERAL
1250 Pacific Avenue, Suite 105
P.O. Box 2317
Tacoma, WA 98401
(253) 593-5243

2. Attached to my declaration as Exhibit A is a true and correct copy of the Guardian ad Litem's Report to the Court authored by Julio Serrano, Jr., filed in Pierce County Case Number 11-7-01802-8 on January 6, 2012.

DATED this 30th day of July, 2015 in Tacoma, Washington.

PETER HELMBERGER, WSBA No. 23041
Assistant Attorney General

DECLARATION OF PETER J.
HELMBERGER IN SUPPORT OF
DEFENDANT'S MOTION FOR
SUMMARY JUDGMENT
Case No. 14-05923 RBL

2

OFFICE OF THE ATTORNEY GENERAL
1250 Pacific Avenue, Suite 105
P.O. Box 2317
Tacoma, WA 98401
(253) 593-5243

# CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of July, 2015, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

James S. Rogers
Elizabeth Donaldson
Cheryl Snow
Law Offices Of James S. Rogers
1500 Fourth Avenue, Suite 500
Seattle, WA 98101
(206) 621-8525

jsr@jsrogerslaw.com
csnow@jsrogerslaw.com
liz@jsrogerslaw.com

Anne Bremner
Evan Bariault
1200 Fifth Avenue, Suite 1900
Seattle, WA 98101
(206) 486-8000

abremner@freybuck.com
ebariault@freybuck.com

ROBERT W. FERGUSON
Attorney General

*/s/ Peter J. Helmberger*
PETER J. HELMBERGER, WSBA No. 23041
Assistant Attorney General
1250 Pacific Avenue, Suite 105
Tacoma, WA 98401
Telephone: (253) 593-5243
FAX: (253) 593-2449
E-mail: PeterH@atg.wa.gov

*/s/ Joseph M. Diaz*
JOSEPH M. DIAZ, WSBA No. 16170
Assistant Attorney General
7141 Cleanwater Ln SW
Tumwater, WA 98501
Telephone: (360) 586-6300
FAX: (360) 586-6655
E-mail: JosephD@atg.wa.gov
Attorneys for Defendants

DECLARATION OF PETER J.
HELMBERGER IN SUPPORT OF
DEFENDANT'S MOTION FOR
SUMMARY JUDGMENT

3

OFFICE OF THE ATTORNEY GENERAL
1250 Pacific Avenue, Suite 105
P.O. Box 2317
Tacoma, WA 98401
(253) 593-5243