UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JUDITH COX and CHARLES COX individually
and as Personal Representatives of the Estates of
C.J.P. and B.T.P.,

        Plaintiffs,

    v.

STATE OF WASHINGTON, DEPARTMENT
OF SOCIAL AND HEALTH SERVICES,
FOREST JACOBSON, ROCKY
STEPHENSON, JANE WILSON, and BILLIE
REED-LYYSKI,

        Defendants.

NO. 14-05923RBL

**DECLARATION OF EVAN BARIAULT IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

I, Evan Bariault, hereby declare as follows:

1. I am an attorney of record for plaintiffs. I make this declaration based on personal knowledge and am competent to testify to the matters contained herein.

2. On July 3, 2014, DSHS filed a motion for summary judgment to dismiss plaintiffs' state law claims in Pierce County Superior Court Case No. 12-2-11389-6. The motion was based on precisely

DECLARATION OF EVAN BARIAULT IN SUPPORT
OF PLAINTIFFS' RESPONSE TO DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT - 1

{00151234;1}

FREY BUCK, P.S.
1200 FIFTH AVENUE, SUITE 1900
SEATTLE, WA 98101
P: (206) 486-8000 F: (206) 902-9660

1  the same grounds as DSHS' current motion.  Indeed, a review of the two motions side-by-side

2  demonstrates DSHS copied and pasted the majority of its previous motion into the current motion.

3     3.  Oral argument on DSHS' summary judgment motion was held on August 15, 2014, after the

4  parties' submitted briefing and exhibits that totaled over 950 pages.  The state court denied DSHS'

5  motion.

6     4.  On September 17, 2014, plaintiffs moved to amend their complaint to add federal civil rights

7  claims against individual social workers.  The state court granted plaintiffs' motion and the case was

8  later removed to this Court. *See* Dkt. 1.

9     5.  Attached hereto are true and correct copies of the following exhibits:

10     **Exhibit 1** –     A newspaper article published by the Seattle Times on August 17, 2015.

11     **Exhibit 2** –     DSHS' motion for summary judgment in Pierce County Superior Court
                           without accompanying declarations or exhibits.

12

13     **Exhibit 3** –     A printout of the superior court docket.

14     **Exhibit 4** –     Plaintiffs' Response to DSHS' Summary Judgment motion in Pierce
                           County Superior Court without accompanying declarations or exhibits.

15     **Exhibit 5** –     Pierce County Superior Court Order Denying Motion for Summary
                           Judgment.

16

17     **Exhibit 6** –     Dependency Petition.

18     **Exhibit 7** –     Excerpts from the Deposition of Dr. James Manley.

19     I DECLARE UNDER PENALTY OF PERJURY OF THE LAWS OF THE UNITED
       STATES THAT THE FOREGOING IS TRUE AND CORRECT.

20

21                                                   /s/ Evan Bariault
                                                     Evan D. Bariault, WSBA #42867

22

23  DECLARATION OF EVAN BARIAULT IN SUPPORT                    FREY BUCK, P.S.
    OF PLAINTIFFS' RESPONSE TO DEFENDANTS'              1200 FIFTH AVENUE, SUITE 1900
24  MOTION FOR SUMMARY JUDGMENT - 2                           SEATTLE, WA 98101
    {00151234;1}                                        P: (206) 486-8000 F: (206) 902-9660

**Certificate of Service**

I certify that on the date noted below I electronically filed this document entitled with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following persons:

| | |
|---|---|
| Joseph M. Diaz, WSBA #16170 | James S. Rogers, WSBA #5335 |
| josephd@atg.wa.gov | jsr@jsrogerslaw.com |
| Peter Helmberger, WSBA #23041 | Cheryl L. Snow, WSBA #26757 |
| peterh@atg.wa.gov | csnow@jsrogerslaw.com |
| Jodie@atg.wa.gov | Elizabeth J. Donaldson, WSBA #45291 |
| Jennym@atg.wa.gov | liz@jsrogerslaw.com |
| TORTacEF@atg.wa.gov | Dawn@jsrogerslaw.com |
| Office of the Attorney General | Law Offices of James S. Rogers |
| 1250 Pacific Street, Suite 105 | 1500 Fourth Avenue, Suite 500 |
| Post Office Box 2317 | Seattle, WA 98101 |
| Tacoma, WA 98401 | (206) 621-8525 |
| (253) 593-5243 | FAX: (206) 223-8224 |
| *Attorneys for Defendant* | *Attorneys for Plaintiffs* |

DATED this 17th day of August, 2015, at Seattle, Washington.

_/s/ Evan Bariault_

DECLARATION OF EVAN BARIAULT IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT - 3

{00151234;1}