The Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JUDITH COX and CHARLES COX individually and as Personal Representatives of the Estates of C.J.P. and B.T.P., <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF WASHINGTON, DEPARTMENT OF SOCIAL AND HEALTH SERVICES, FOREST JACOBSON, ROCKY STEPHENSON, JANE WILSON, and BILLIE REED-LYYSKI, <br><br> Defendants. | NO. 14-05923 RBL <br><br> DECLARATION OF KATHRYN J. NELSON |

I, KATHRYN J. NELSON, declare that I am over the age of 18, have personal knowledge of the matters set forth below, and I am competent to testify to the matters stated herein.

1. I am a Superior Court Judge for the State of Washington in Pierce County, Washington. I preside over Department 13 of the Pierce County Superior Court.

DECLARATION OF
KATHRYN J. NELSON
CASE NO. 14-05923 RBL

1

OFFICE OF THE ATTORNEY GENERAL
1250 Pacific Avenue, Suite 105
P.O. Box 2317
Tacoma, WA 98401
(253) 593-5243

2. In late September of 2011, I was assigned as the presiding judge over the dependency actions involving C.J.P. (Superior Court Cause No. 11-7-01802-8) and B.T.P. (Superior Court Cause No. 11-7-01803-6).

3. In preparation of the first dependency review hearing, I am confident that I reviewed the Individual Service and Safety Plan (ISSP) and Guardian Ad Litem (GAL) reports then on file and had knowledge of their content when I entered the Dependency Review Hearing Orders on February 1, 2012.

4. In addition, I also reviewed the reports prepared by Dr. James Manley, Ph.D.

I declare under penalty of perjury of the laws of the State of Washington the foregoing to be true and correct.

EXECUTED this 19th day of August, 2015, at Tacoma, Pierce County, Washington.

_____
KATHRYN J. NELSON

DECLARATION OF
KATHRYN J. NELSON
CASE NO. 14-05923 RBL

2

OFFICE OF THE ATTORNEY GENERAL
1250 Pacific Avenue, Suite 105
P.O. Box 2317
Tacoma, WA 98401
(253) 593-5243