The Honorable Ronald B. Leighton

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| JUDITH COX and CHARLES COX individually and as Personal Representatives of the Estates of C.J.P. and B.T.P., <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF WASHINGTON, DEPARTMENT OF SOCIAL AND HEALTH SERVICES, FOREST JACOBSON, ROCKY STEPHENSON, JANE WILSON, and BILLIE REED-LYYSKI, <br><br> Defendants. | NO. 14-05923RBL <br><br> DECLARATION OF PETER J. HELMBERGER IN SUPPORT OF DEFENDANTS' REPLY ON MOTION FOR SUMMARY JUDGMENT |

PETER J. HELMBERGER hereby declares under penalty of perjury under the laws of the state of Washington that the following is true and correct:

1. I am over the age of 18, competent to testify as to the matters stated herein and make this declaration based on my personal knowledge. I am one of the Assistant Attorneys General assigned to represent the State of Washington in this case.

2. Attached hereto as Exhibit A is a true and correct copy of an excerpt from the deposition of Teresa Berg, taken September 18, 2014, pages 12-13.

DECLARATION OF PETER J. HELMBERGER IN SUPPORT OF DEFENDANTS' REPLY ON MOTION FOR SUMMARY JUDGMENT
Case No. 14-05923 RBL

1

OFFICE OF THE ATTORNEY GENERAL
1250 Pacific Avenue, Suite 105
P.O. Box 2317
Tacoma, WA 98401
(253) 593-5243

3. Attached hereto as Exhibit B is a true and correct copy of the Motion to Place Children in In-Home Dependency or, in the Alternative, to Modify Placement, dated January 9, 2012. This motion was filed by Jeffrey Bassett, Attorney for Joshua Powell in the dependency proceedings, Pierce County Cause Nos. 11-7-01802-8 and 11-7-01803-6.

DATED this 21st day of August, 2015 in Tacoma, Washington.

PETER HELMBERGER, WSBA No. 23041
Assistant Attorney General

DECLARATION OF PETER J.
HELMBERGER IN SUPPORT OF
DEFENDANTS' REPLY ON MOTION
FOR SUMMARY JUDGMENT
Case No. 14-05923 RBL

2

OFFICE OF THE ATTORNEY GENERAL
1250 Pacific Avenue, Suite 105
P.O. Box 2317
Tacoma, WA 98401
(253) 593-5243