The Honorable Ronald B. Leighton
United States District Judge

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JUDITH COX and CHARLES COX individually and as Personal Representatives of the Estates of C.J.P. and B.T.P.,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF WASHINGTON, DEPARTMENT OF SOCIAL AND HEALTH SERVICES, FOREST JACOBSON, ROCKY STEPHENSON, JANE WILSON, and BILLIE REED-LYYSKI,<br><br>Defendants. | NO. 14-05923RBL<br><br>**SUPPLEMENTAL DECLARATION OF EVAN BARIAULT IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT AND IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

I, Evan Bariault, hereby declare as follows:

1. I am an attorney of record for plaintiffs. I make this supplemental declaration based on personal knowledge and am competent to testify to the matters contained herein.

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the deposition of Detective Gary Sanders.

SUPPLEMENTAL DECLARATION OF EVAN BARIAULT - 1

{00155451;1}

FREY BUCK, P.S.
1200 FIFTH AVENUE, SUITE 1900
SEATTLE, WA 98101
P: (206) 486-8000 F: (206) 902-9660

3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the deposition of the children's guardian *ad litem*, Julio Serrano.

4. Attached hereto as Exhibit 3 is a true and correct copy of documents contained in Terrica and Steven Powell's divorce file.

I DECLARE UNDER PENALTY OF PERJURY OF THE LAWS OF THE UNITED STATES THAT THE FOREGOING IS TRUE AND CORRECT.

/s/ Evan Bariault
Evan D. Bariault, WSBA #42867

SUPPLEMENTAL DECLARATION OF EVAN BARIAULT - 2
{00155451;1}

FREY BUCK, P.S.
1200 FIFTH AVENUE, SUITE 1900
SEATTLE, WA 98101
P: (206) 486-8000 F: (206) 902-9660

**Certificate of Service**

I certify that on the date noted below I electronically filed this document entitled with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following persons:

| | |
|---|---|
| Joseph M. Diaz, WSBA #16170 | James S. Rogers, WSBA #5335 |
| josephd@atg.wa.gov | jsr@jsrogerslaw.com |
| Peter Helmberger, WSBA #23041 | Cheryl L. Snow, WSBA #26757 |
| peterh@atg.wa.gov | csnow@jsrogerslaw.com |
| Jodie@atg.wa.gov | Elizabeth J. Donaldson, WSBA #45291 |
| Jennym@atg.wa.gov | liz@jsrogerslaw.com |
| TORTacEF@atg.wa.gov | Dawn@jsrogerslaw.com |
| Office of the Attorney General | Law Offices of James S. Rogers |
| 1250 Pacific Street, Suite 105 | 1500 Fourth Avenue, Suite 500 |
| Post Office Box 2317 | Seattle, WA 98101 |
| Tacoma, WA 98401 | (206) 621-8525 |
| (253) 593-5243 | FAX: (206) 223-8224 |
| *Attorneys for Defendant* | *Attorneys for Plaintiffs* |

DATED this 23rd day of September, 2015, at Seattle, Washington.

/s/ Evan Bariault

SUPPLEMENTAL DECLARATION OF EVAN BARIAULT - 3

{00155451;1}