# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JUDITH COX and CHARLES COX individually and as Personal Representatives of the Estates of C.J.P.and B.T.P.,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF WASHINGTON, DEPARTMENT OF SOCIAL AND HEALTH SERVICES, et al.,<br><br>Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER: C14-5923-RBL |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Cox's Partial Motion for Summary Judgment [Dkt. #19] is DENIED, and Defendants' Motion for Summary Judgment and Qualified Immunity [Dkt. #24] is GRANTED. The case is DISMISSED.

DATED this 7th day of October, 2015

s/William M. McCool
William M. McCool, Clerk

_____
Jean Boring, Deputy Clerk