The Honorable Ronald B. Leighton
United States District Court Judge

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JUDITH COX and CHARLES COX individually and as Personal Representatives of the Estates of C.J.P. and B.T.P., <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF WASHINGTON, DEPARTMENT OF SOCIAL AND HEALTH SERVICES, FOREST JACOBSON, ROCKY STEPHENSON, JANE WILSON, and BILLIE REED-LYYSKI, <br><br> Defendants. | NO. 14-05923RBL <br><br> **PLAINTIFFS' NOTICE OF APPEAL** |

NOTICE IS HEREBY GIVEN that Plaintiffs in the above-named action, appeal to the United States Court of Appeals for the Ninth Circuit from the following:

(1) summary judgment in favor of Defendants entered in this action on October 6, 2015, (Dkt. 39);

(2) the judgment in favor of Defendants entered on October 7, 2015 (Dkt. 40); and

(3) the order denying plaintiffs' motion for reconsideration (Dkt. 48).

PLAINTIFFS' NOTICE OF APPEAL - 1

FREY BUCK, P.S.
1200 FIFTH AVENUE, SUITE 1900
SEATTLE, WA 98101
P: (206) 486-8000 F: (206) 902-9660

{00196830;1}

The parties to the judgments appealed from and the names and addresses of their respective attorneys are as follows:

**Attorneys for Plaintiffs**:

Anne M. Bremner
Evan D. Bariault
Frey Buck, P.S.
1200 Fifth Ave., Suite 1900
Seattle, WA 98101
Tel: (206) 486-8000
abremner@freybuck.com
ebariault@freybuck.com

**Attorneys for Defendants**:

Joseph M. Diaz
Peter Helmberger
Office of the Attorney General
1250 Pacific Street, Suite 105
Post Office Box 2317
Tacoma, WA  98401
(253) 593-5243
josephd@atg.wa.gov
peterh@atg.wa.gov

DATED this 15th day of December, 2015.

                              FREY BUCK, P.S.

                              /s/ Evan Bariault
                                  Anne Bremner, WSBA #13269
                                  Evan Bariault, WSBA #42867
                              Attorneys for Plaintiffs

PLAINTIFFS' NOTICE OF APPEAL - 2

FREY BUCK, P.S.
1200 FIFTH AVENUE, SUITE 1900
SEATTLE, WA 98101
P: (206) 486-8000 F: (206) 902-9660

{00196830;1}

**Certificate of Service**

I certify that on the date noted below I electronically filed this document entitled with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following persons:

Joseph M. Diaz, WSBA #16170
josephd@atg.wa.gov
Peter Helmberger, WSBA #23041
peterh@atg.wa.gov
Jodie@atg.wa.gov
Jennym@atg.wa.gov
TORTacEF@atg.wa.gov
Office of the Attorney General
1250 Pacific Street, Suite 105
Post Office Box 2317
Tacoma, WA  98401
(253) 593-5243
   *Attorneys for Defendants*

DATED this 15th day of December, 2015, at Seattle, Washington.

/s/ Evan Bariault

PLAINTIFFS' NOTICE OF APPEAL - 3

FREY BUCK, P.S.
1200 FIFTH AVENUE, SUITE 1900
SEATTLE, WA 98101
P: (206) 486-8000 F: (206) 902-9660

{00196830;1}