WAWD- Notice of Civil Appeal (Revised 12/26/2012)

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

JUDITH COX and CHARLES COX individually and as Personal Representatives of the Estates of C.J.P. and B.T.P.,

    Plaintiff(s),

v.

STATE OF WASHINGTON, DEPARTMENT OF SOCIAL AND HEALTH SERVICES, FOREST JACOBSON, ROCKY STEPHENSON, JANE WILSON, and BILLIE REED-LYYSKI,

    Defendant(s).

NOTICE OF CIVIL APPEAL

14-05923
(Case Number)

Honorable Ronald B. Leighton
(District Court Judge)

Notice is hereby given that Defendants
(Name of Appellant)

appeals to the United States Court of Appeals for the Ninth Circuit from

Order [Dkt. # 39]
(Name of Order/Judgment)

entered in this action on October 6, 2015
(Date of Order)

December 22, 2015
Dated

/s/ Peter J. Helmberger
PETER J. HELMBERGER, WSBA No. 23041
Assistant Attorney General
1250 Pacific Avenue, Suite 105, Tacoma, WA 98401, Phone: (253) 593-5243
/s/ Joseph M. Diaz
JOSEPH M. DIAZ, WSBA No. 16170
Assistant Attorney General
7141 Cleanwater Ln SW, Tumwater, WA 98501, Phone: (360) 586-6300

Name, Address and Phone Number of Counsel for Appellant or Appellant/*Pro Se*

NOTICE OF CIVIL APPEAL     1

# CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of December, 2015, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Anne Bremner
Evan Bariault
1200 Fifth Avenue, Suite 1900
Seattle, WA 98101
(206) 486-8000

abremner@freybuck.com
ebariault@freybuck.com

ROBERT W. FERGUSON
Attorney General

*/s/ Peter J. Helmberger*
PETER J. HELMBERGER, WSBA No. 23041
Assistant Attorney General
1250 Pacific Avenue, Suite 105
Tacoma, WA 98401
Telephone: (253) 593-5243
FAX: (253) 593-2449
E-mail: PeterH@atg.wa.gov

*/s/ Joseph M. Diaz*
JOSEPH M. DIAZ, WSBA No. 16170
Assistant Attorney General
7141 Cleanwater Ln SW
Tumwater, WA 98501
Telephone: (360) 586-6300
FAX: (360) 586-6655
E-mail: JosephD@atg.wa.gov
Attorneys for Defendants

NOTICE OF CIVIL APPEAL -- NO. 14-05923

2

OFFICE OF THE ATTORNEY GENERAL
1250 Pacific Avenue, Suite 105
P.O. Box 2317
Tacoma, WA 98401
(253) 593-5243