UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 30 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JUDITH COX, individually and as Personal Representative of the estate of C. J. P., and estate of B. T. P. and CHARLES COX, individually and as Personal Representatives of the estate of C. J. P. and estate of B. T. P.,

Plaintiffs-Appellants,

v.

STATE OF WASHINGTON, DEPARTMENT OF SOCIAL AND HEALTH SERVICES; et al.,

Defendants-Appellees.

No.    15-35964

D.C. No. 3:14-cv-05923-RBL
Western District of Washington, Tacoma

ORDER

JUDITH COX, individually and as Personal Representative of the estate of C. J. P., and estate of B. T. P. and CHARLES COX, individually and as Personal Representatives of the estate of C. J. P. and estate of B. T. P.,

Plaintiffs-Appellees,

v.

STATE OF WASHINGTON, DEPARTMENT OF SOCIAL AND HEALTH SERVICES; et al.,

Defendants-Appellants.

No.    15-35980

D.C. No. 3:14-cv-05923-RBL

Before:  HAWKINS and CHRISTEN, Circuit Judges, and KOBAYASHI,[*] District Judge.

At oral argument, the parties should be prepared to discuss the relevance of the following cases, if any, to the issues in this appeal:  *Babcock v. State*, 809 P.2d 143 (Wash. 1991); *H.B.H. v. State*, 387 P.3d 1093 (Wash. Ct. App. 2016), *petition granted*, No. 94529-2, 2017 WL 5477633 (Wash. Sept. 6, 2017); *C.L. v. Dep't of Soc. & Health Servs.*, 402 P.3d 346 (Wash. Ct. App. 2017).

**SO ORDERED.**

---

[*]       The Honorable Leslie E. Kobayashi, United States District Judge for the District of Hawaii, sitting by designation.