UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 6 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JUDITH COX, individually and as Personal Representative of the estate of C. J. P., and estate of B. T. P. and CHARLES COX, individually and as Personal Representatives of the estate of C. J. P. and estate of B. T. P.,  Plaintiffs-Appellants,  v.  STATE OF WASHINGTON, DEPARTMENT OF SOCIAL AND HEALTH SERVICES; et al.,  Defendants-Appellees. | No.   15-35964  D.C. No. 3:14-cv-05923-RBL Western District of Washington, Tacoma  ORDER |
| JUDITH COX, individually and as Personal Representative of the estate of C. J. P., and estate of B. T. P. and CHARLES COX, individually and as Personal Representatives of the estate of C. J. P. and estate of B. T. P.,  Plaintiffs-Appellees,  v.  STATE OF WASHINGTON, DEPARTMENT OF SOCIAL AND HEALTH SERVICES; et al.,  Defendants-Appellants. | No.   15-35980  D.C. No. 3:14-cv-05923-RBL |

Before: HAWKINS and CHRISTEN, Circuit Judges, and KOBAYASHI,[*] District Judge.

Submission in this case is deferred pending the Washington Supreme Court's resolution of *H.B.H. v. State*, No. 94529-2-SAH (Wash.) (Oral Argument held on February 22, 2018), or until further order of this court.

SO ORDERED.

---

[*] The Honorable Leslie E. Kobayashi, United States District Judge for the District of Hawaii, sitting by designation.