The Honorable Ronald B. Leighton
United States District Court Judge

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| JUDITH COX and CHARLES COX, individually and as Personal Representatives of the Estates of C.J.P. and B.T.P., <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF WASHINGTON, DEPARTMENT OF SOCIAL AND HEALTH SERVICES; <br><br> Defendant. | No. 14-05923 RBL <br><br> ORDER GRANTING PLAINTIFFS' MOTION TO REMAND |

THIS MATTER came before the court on Plaintiffs' Motion to Remand. The Defendant did not oppose this motion. Having reviewed the filings and materials in this matter, the court hereby GRANTS Plaintiffs' Motion to Remand. This matter is remanded to Pierce County Superior Court for further proceedings.

IT IS SO ORDERED.

DATED this 14th day of May, 2019.

*[signature: Ronald B. Leighton]*

Ronald B. Leighton
United States District Judge

ORDER GRANTING PLAINTIFFS' MOTION TO REMAND - 1

FREY BUCK, P.S.
1200 FIFTH AVENUE, SUITE 1900
SEATTLE, WA 98101
P: (206) 486-8000 F: (206) 902-9660

1  Presented by:

2  **FREY BUCK, P.S.**

3  By: /s/ Anne Bremner
Anne Bremner, WSBA #13269
4  Ted Buck, WSBA #22029
Evan Bariault, WSBA #42867
5  *Attorneys for Plaintiff*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23