**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
**AT TACOMA**

WILLIAM M. MCCOOL
CLERK OF COURT
1717 PACIFIC AVE.
ROOM 3100
TACOMA, WA 98402

May 28, 2019

Pierce County Superior Court
Clerk's Office
930 Tacoma Ave S
Tacoma, WA 98402

RE: *Cox et al v. State of Washington, Department of Social and Health Services et al*
Case #3:14–cv–05923–RBL

Dear Clerk:

Please find enclosed the certified copy of Judge Ronald B. Leighton's *Order Remanding Case to State Court* in the above–referenced case. A certified copy of the docket sheet is also included.

**Please return the copy of this cover letter with the following information:**

*Superior Court Case Number(s)*:<u>15–35980</u>

*Assigned to Judge*:_____

*Completed by Deputy Clerk*: _____

Thank you in advance for your cooperation and assistance.

Sincerely,

s/Emerald Rose Ackley,
*Deputy Clerk*

Enclosures